| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**Date: April 11, 2014**          Time:   43 minutes

**Reporter: JoAnn Bryce**

Case No:   CR-14-00196 CRB
**DEFT: Kwok Cheung Chow, Leland Yee, George Nieh, Keith Jackson, Kevin Siu, Alan Chiu, Kongphet Chanthavong, Xiao Chen Mei, Rinn Roeun, Andy Li, Jane Xhen Liang, Tina Gui Liang, Bryan Tilton, Huan Ming Ma, Hon Keung So, Norge Mastrangelo, Albert Nhingsavath, Xiu Ling Liang, Gary Yiu Chen, Anthony John Lai, Barry Blackwell House and Wilson Sy Lim** (X) All Present

AUSA:   Susan Badger

DEF ATTYS: Greg Bentley, Curtis Briggs, James Lassart, Gil Eisenberg, James Brosnahan, Raj Chatterjee, Robert Weggener, Sara Reif, Claire Leary, Doron Weinberg, Garrick Lew, Winston Chan, Jai Gohel, Michael Stepanian, Jennifer Naegele, Roger Patton, Edwin Prather, Julia Jayne, Randy Knox, Nicole Giacinti, Jonathan Piper, Christopher Cannon, Elizabeth Falk and Max Mizono

Cantonese Interpreter: Norah Uyeda and Marilyn Luong for K C Chow, H M Ma, H K So, X Y L Liang

**REASON FOR HEARING**   Status Conference

**RESULT**   Court refers to Rule 53 regarding photos/broadcasting.  The Court is working on a written agreement re electronic devices in courtroom: will permit laptops and ipads in the courtroom with the understanding that audio and video will not be permitted, text communications will be permitted, cell phones will not be permitted and must be turned off.  If counsel has a particular concern regarding this they are to advise the Court and meet with Lynn Fuller.  Press conferences are to be held in media room located on the first floor, and are not permitted on the court floor.  Court set dates regarding any protective order issues and the final shape of the superseding indictment.  The Court declares this matter a complex case due to the nature of the charges and the number of defendants, and excludes time from 4/11/2014 to 7/24/2014.  All defendants are to be present at all proceedings unless excused by the Court, counsel may have another counsel appear on their behalf.

Any counsel may e-file their suggestion of discovery coordinator before 4/17/2014, Counsel are to meet and designate a small collection of counsel to address issues (act as defense liaison).  Discovery to be substantially completed by 7/24/2014.

**Case Continued to**  April 17, 2014 @ 11:00 a.m.     **for** Status Conference re Protective Order
**Case Continued to**  July 24, 2014  @ 10:00 a.m.     **for** Status Conference

**[X] Defendants** Kwok C Chow, Kongphet Chanthavong, Rinn Roeun, Andy Li and Barry B House **remanded to custody**