IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER RE PROTECTIVE ORDER** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants. | |

The Court is in receipt of the government's Motion for Protective Order (dkt. 279). That Motion asserts that the government and defense counsel have negotiated a protective order to govern disclosure of the discovery materials in this case, which counsel for 24 of the 25 defendants who have appeared before the Court have signed.[1] Mot. at 1-2. Only counsel for Defendant Kwok Cheung Chow has not signed the protective order. Id. at 2.

Accordingly, counsel for Defendant Chow is hereby ORDERED to file his Opposition to the government's Motion by Thursday, May 15, at noon. The government may then file a

//

//

//

---

[1] A 26th defendant has appeared in this case but apparently anticipates substituting counsel in the near future and therefore is not included in the government's count. Mot. at 2 n.1.

1   Reply, if it wishes to do so, by Friday, May 16, at noon.

2   **IT IS SO ORDERED.**

4   Dated: May 12, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California