LAW OFFICES OF TERESA CAFFESE
TERESA CAFFESE, ESQ. (SBN: 124342)
1000 Brannan Street, Suite 400
San Francisco, CA 94l03
415.536.1455
teresa@caffeselaw.com

Attorney for Defendant Yat Wa Pau

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 14-196 CRB |
| v. | ) ) ) | |
| | ) ) | STIPULATION AND [PROPOSED] ORDER TO RETURN CASH BOND |
| KWOK CHEUNG CHOW, et al. | ) ) ) | |
| Defendants. | ) | |

The above-captioned matter for defendant Yat Wa Pau was before this Court April 18, 2014 at 9:30 a.m. for a detention hearing. At that time, Peter Pau, the defendant's brother, agreed to act as a security on behalf of the defendant and post $50,000.00 cash bond. The cash bond of $50,000.00 was to be returned to Peter Pau upon the posting of a property bond in the amount of $250,000.00.

On May 13, 2014, Peter Pau and his wife, Elaine Pau, posted the property bond on behalf of defendant Yat Wa Pau in the amount of $250,000.00.

Undersigned counsel appeared in Court before Judge Corley on May 13, 2014 at 9:30 a.m. Counsel for defendant presented all necessary documents to confirm that the property posted was of sufficient value to cover the $250,000.00 bond. Accordingly, the parties hereby stipulate that the $50,000.00 cash bond paid by Peter Pau may be returned to him since the property bond has been posted.

//

STIPULATION AND [PROPOSED] ORDER TO RETURN CASH BOND
CR 14-196 CRB

1  DATED: May 14, 2014                    Respectfully submitted,

2

3
         _____/s/_____
4                                          Teresa Caffese
                                           Counsel for Yat Wa Pau
5

6

7  DATED: May 14, 2014                    _____/s/_____
                                           William Frentzen
8                                           Susan Badger
                                           Assistant United States Attorneys
9

10

11

12

13                                  **ORDER**

14     Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY

15  ORDERED that the cash bond of $50,000.00 posted by Peter Pau be returned to him.

16

17  DATED:__May 15, 2014__              _____
                                           HONORABLE NANDOR J. VADAS
18                                         United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RETURN CASH BOND
CR 14-196 CRB