IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants. | No. CR 14-00196 CRB<br><br>**ORDER DENYING MOTION TO INTERVENE** |

The Court is in receipt of a document filed by an individual named Kuang-Bao P. Ou-Young, entitled "Defendant-Intervenor Applicant's Notice of Motion and Motion to Intervene," in which Mr. Ou-Young seeks to intervene in this case, citing Rule 12(b)(3) of the Federal Rules of Criminal Procedure.[1] See Mot. (dkt. 344). Nothing in Rule 12(b)(3) or in Mr. Ou-Young's Motion warrants Mr. Ou-Young's intervention in this case. Accordingly,

//
//
//
//

---

[1] The Court notes that Mr. Ou-Young is the subject of a pre-filing order. See Case No. C-13-4442 EMC, dkt. 40. That Order deemed Mr. Ou-Young a vexatious litigant and required that he "obtain leave of court before filing any further suits" under particular federal statutes. See id. at 16-17. As Mr. Ou-Young has filed a motion to intervene in an ongoing suit, rather than a new suit under one of the enumerated statutes, the Order does not apply.

the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: July 8, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE