BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
WILSON SY LIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants | CASE NO. CR-14-00196-CRB<br><br>**NOTICE OF MOTION AND MOTION TO SUBSTITUTE COUNSEL**<br><br>DATE: JULY 24, 2014<br>TIME: 10:00 A.M.<br>CTRM: 6, 17TH FL. |

TO: ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE THAT on July 24, 2014 at 10:00 a.m., or as soon thereafter as the matter may be heard before the HONORABLE CHARLES R. BREYER in Courtroom 6 of the above-captioned court, Defendant Wilson Sy Lim, by and through counsel, will move THE COURT to allow attorney Brian H Getz of the Law Offices of Brian H Getz to substitute as Defendant Lim's attorney of record in place of Defendant Lim's current attorney, Jonathan D. McDougall on the following grounds:

1. Attorney Getz has been asked to represent Defendant Lim, has been retained, and Defendant Lim requests this substitution of counsel.

2. Attorney McDougall has been advised of said substitution.

3. Prosecutor William Frentzen has been advised of this request.

DATED: July 10, 2014

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

By: _____/s/_____
BRIAN H GETZ
Attorney for Defendant

Approved

By: _____/s/_____
JONATHAN D. MCDOUGALL

DATED: 7/11/14

Approved.

By: _____/s/_____
WILSON SY LIM
Defendant

DATED: 7/10/14

-1-

NOTICE OF MOTION AND MOTION TO SUBSTITUTE COUNSEL
CASE NO. CR-14-196-CRB