BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA  94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
WILSON SY LIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>　　　　　Defendants | CASE NO. CR-14-00196-CRB<br><br>**ORDER GRANTING REQUEST FOR WAIVER OF APPEARANCE OF DEFENDANT WILSON SY LIM AT HEARING ON MOTION TO SUBSTITUTE COUNSEL**<br><br>**DATE:  JULY 24, 2014**<br>**TIME:  10:00 A.M.**<br>**CTRM:  6, 17TH FL.** |

　　　The Court has reviewed Defendant Wilson Sy Lim's Request for Waiver of Appearance at the Motion to Substitute Counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendant Lim's appearance at the July 24, 2014 motion hearing is waived and therefore he is not required to be present unless he is discharged from Seton Medical Center by July 24, 2014.

　　　IT IS SO ORDERED.

Dated:  July 16, 2014

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*