IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>　　　　Defendants.　　　　　　　　　／ | No. CR 14-00196 CRB<br><br>**ORDER DENYING SECOND MOTION TO INTERVENE AND MOTION TO DISQUALIFY JUDGE** |

　　　　The Court is in receipt of another document filed by an individual named Kuang-Bao P. Ou-Young, entitled "Defendant-Intervenor Applicant's Notice of Motions and Second Motion to Intervene and Motion to Disqualify Judge," in which Mr. Ou-Young again seeks to intervene in this case, citing Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure, and accuses the Court of violating 18 U.S.C. §§ 1509, 1512(b), 1512(c), warranting disqualification under 28 U.S.C. § 455(a).[1] The Court previously denied Mr. Ou-Young's first Motion to Intervene as lacking any merit. See Order (dkt. 345). The Court again finds that nothing in Rule 12(b)(3)(B) or in Mr. Ou-Young's Motion warrants Mr. Ou-Young's intervention in this case, and that, even if he had standing to seek the Court's disqualification, his arguments for disqualification are meritless. Accordingly, the Motions

---

[1] The Court notes again that Mr. Ou-Young is the subject of a pre-filing order, which does not apply to this filing. See Case No. C-13-4442 EMC, dkt. 40.

are DENIED. Mr. Ou-Young is advised that he could be subject to sanctions if he continues to file frivolous motions in this case.

**IT IS SO ORDERED.**

Dated: July 24, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE