**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com
richardh@defendergroup.com

Attorneys for Defendant
**RINN ROEUN**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         Plaintiff,   vs.   RINN ROEUN,         Defendant. | Case No. 14-CR-00196-CRB   **STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT TO RETAIN AND USE MP3 PLAYER AND SELECTED PROTECTED MATERIALS** |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant, RINN ROEUN is permitted to retain an MP3 player containing audio recordings of conversations alleged to have occurred during the period of the charges he is facing and hard copies of selected protected materials associated with the recordings. The materials (identified by their Bates Nos. and/or file names) are as follows:

Recordings:

1. US-8000002/1D298/1D298
2. US-8000002/1D313/0001
3. US-8000002/1D319/0001
4. US-8000002/1D325/Out_. . . 7073636348_08-28-2013_110535PM
5. US-8000002/1D334/1D334.20131009.1430
6. US-8000002/1D380/0002
7. US-8000002/1D384/0001

Hard Copy Documents:

1. US-607131-607133
2. US-607940-607941
3. US-607934-607935
4. US-609250-609251
5. US-609268-609269
6. FD 302: "Measurement of pyrotechnic powder contained in destructive devices." April 28, 2014.

Pursuant to the terms of the Protective Order (Dkt. No. 302, ¶ 1), on May 28, 2014, counsel for Mr. Roeun sent the government a request to, in part allow Mr. Roeun to retain certain discovery materials in the jail. On June 5, 2014, the government stated that Mr. Roeun would be able to retain the materials as described in his request if Mr. Roeun and the government reached an agreement concerning further conditions. On July 31, 2014, counsel for Mr. Roeun and AUSA Waqar Hasib spoke on the telephone and agreed that Mr. Roeun would be able to retain an MP3 player and hard copies of documents in the jail.

This stipulation does not bind the United States Marshals Service or any jail in which Mr. Roeun may be housed to accepting its terms. Rather, terms contained herein are merely an agreement between the government and Mr. Roeun only.

SO STIPULATED.

/s/ /s/

RICHARD HULLINGER
Attorney for Defendant
RINN ROEUN
Dated: July 31, 2014

WAQAR HASIB
Assistant United States Attorney
Dated: July 31, 2014

**GARRICK S. LEW (SBN 61889)**
**RICHARD G. HULLINGER (SBN 294025)**
**Law Offices of Garrick S. Lew & Associates**
**1000 Brannan Street, Suite 488**
**San Francisco, CA 94103**
**Telephone: (415) 575-3588**
**Facsimile:  (415) 522-1506**
**gsl@defendergroup.com**
**richardh@defendergroup.com**

Attorneys for Defendant
**RINN ROEUN**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 14-CR-00196-CRB |
| vs. | ) **[PROPOSED] ORDER** |
| RINN ROEUN, | ) |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, AND WITH THE CONSENT OF THE GOVERNMENT, IT IS HEREBY ORDERED that defendant,

 RINN ROEUN
 DOB: 01/16/1984
 PFN ULX 575

shall be permitted the use of one or more MP3 players and permitted to retain the following digital recordings and hard copy documents:

<u>Recordings:</u>

1. US-8000002/1D298/1D298

2. US-8000002/1D313/0001

3. US-8000002/1D319/0001

4. US-8000002/1D325/Out_. . . 7073636348_08-28-2013_110535PM

1  5. US-8000002/1D334/1D334.20131009.1430

2  6. US-8000002/1D380/0002

3  7. US-8000002/1D384/0001

<u>Hard Copy Documents:</u>

1. US-607131-607133

2. US-607940-607941

3. US-607934-607935

4. US-609250-609251

5. US-609268-609269

6. FD 302: "Measurement of pyrotechnic powder contained in destructive devices." April 28, 2014.

This Order does not bind the United States Marshals Service or any jail in which Mr. Roeun may be housed to accepting its terms. Rather, terms contained herein are merely an agreement between the government and Mr. Roeun only.

IT IS SO ORDERED.

DATED:

_____
The Honorable Charles R. Breyer
United States District Court Judge