WINSTON Y. CHAN, SBN 214884
  wchan@gibsondunn.com
VANESSA A. PASTORA, SBN 277837
  vpastora@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

JOANNA L. POWELL, SBN 294427
  jpowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone: 650.849.5300
Facsimile:  650.849.5333

Attorneys for Andy Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, | CASE NO. CR 14-196 CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO REOPEN DETENTION HEARING AND RECONSIDER DETENTION** |
| v. | |
| Andy Li, | **Hearing:** |
| Defendant. | Date:        August 22, 2014<br>Time:       10:30 AM<br>Judge:      Hon. Joseph C. Spero |

1   The Court has considered Defendant's Motion to Reopen Hearing and Reconsider Detention
2   and the accompanying declarations of Michael Kim, Mimi Li, Vanessa Pastora, and Joanna Powell.
3   Finding that good cause exists, the Motion is GRANTED.
4       IT IS SO ORDERED.

Dated: _____            _____
                                        Joseph C. Spero