| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: Barbara Espinoza |

**CRIMINAL MINUTES**

**Date:** August 7, 2014                                             Time:  37 minutes

**Reporter:**  Rhonda Aquilina

**Case No:**  CR-14-00196 CRB

**UNITED STATES OF AMERICA            v**
**DEFTS: Kwok Cheung Chow, Leland Yee, George Nieh, Keith Jackson, Kevin Siu, Alan Chiu, Kongphet Chanthavong, Xiao Chen Mei, Brandon Jackson, Marlon Sullivan, Rinn Roeun, Andy Li, Leslie Yun, Yat Wa Pau, Jane Xhen Liang, Tina Gui Liang, Bryan Tilton, Huan Ming Ma, Hon Keung So, Norge Mastrangelo, Albert Nhingsavath, Xiu Ling Liang, Gary Yiu Chen, Anthony John Lai, Barry Blackwell House and Wilson Sy Lim** (X) All Present; **Zhanghao Wu, Wilson Sy Lim** Appearance Waived.

AUSA:  S. Waqar Hasib

DEF ATTYS: Curtis Briggs, James Lassart, Gil Eisenberg, Raj Chatterjee, Tony Tamburello for R. Waggener, Sara Reif, Nicole Giacinti for C. Leary, Doron Weinberg, Tony Tamburello, Randolph Darr, Richard Hullinger, Winston Chan, Dennis Riordan, Teresa Caffese, Jai Gohel, Michael Stepanian, Jennie Stepanian for H.Taback, Roger Patton, Sybil Renich, Bruno Gioffre, Randy Knox, Nicole Giacinti, Jonathan Piper, Christopher Cannon, Laura Robinson, Galia Phillips, Brian Getz, John Passaglia

Cantonese Interpreter: Norah Uyeda and Dorothy Wong for K C Chow, H M Ma, H K So, X Y L Liang

**REASON FOR HEARING**  Status Conference

**RESULT**   Wire tap discovery to be completed by 8/29/2014.  Motions against the indictment (constitutional, legal propriety) be filed on or before 10/3/2014.  Parties are to return to discussions regarding discovery as to informants and agents.  Audio equipment for defendants in custody issue to go before Judge Spero.  Time excluded due to the complexity of the case. Request for transcript of proceeding to defense counsel is granted.

Referred to Magistrate Judge Joseph C. Spero for discovery

**Case Continued to** August 11, 2014 @ 10:00 a.m. before Judge Spero        **for** Discovery
**Case Continued to** November 12, 2014 @ 10:00 a.m.  **for** Motions hearing


**[X] Defendants** Kwok C Chow, Alan Chiu, Kongphet Chanthavong, Brandon Jackson, Marlon Sullivan, Rinn Roeun, Andy Li, and Barry B House  **remanded to custody**