**UNITED STATES DISTRICT COURT**  **Magistrate Judge Joseph C. Spero**
**NORTHERN DISTRICT OF CALIFORNIA**  **Courtroom Clerk: Karen L. Hom**

**CRIMINAL MINUTES**

**Date:  August 11, 2014**              **Time:** 50 Minutes

**Reporter:  Not Reported**

**Case No:   CR-14-00196 CRB (JCS)**
DEFT: Kwok Cheung Chow, Leland Yee, George Nieh, Keith Jackson, Kevin Siu, Alan Chiu, Kongphet Chanthavong, Xiao Chen Mei, Brandon Jackson, Marlon Sullivan, Rinn Roeun, Andy Li, Leslie Yun, Yat Wa Pau, Jane Xhen Liang, Tina Gui Liang, Bryan Tilton, Huan Ming Ma, Hon Keung So, Norge Mastrangelo, Albert Nhingsavath, Xiu Ling Liang, Gary Yiu Chen, Anthony John Lai, Barry Blackwell House and Wilson Sy Lim **(X) All NOT Present**

AUSA:   S. Waqar Hasib

**DEF ATTYS:** Curtis Briggs, Randy Daar, James Brosnahan, Raj Chatterjee, Claire Leary, Garrick Lew, Joanna Powell for Winston Chan, John Passaglia for Brian Getz.

Cantonese Interpreter: N/A as Defendants needing interpreter were not present.

**Proceedings:** Discovery conference - Held.

**RESULT** _____

**Case Continued to**_____ **for**_____