JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
SETH A. SCHREIBERG (CA SBN 267122)
Sschreiberg@mofo.com
CHRIS W. MAGAÑA (CA SBN 287256)
CMagana@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH JACKSON,<br><br>Defendant. | Case No. 3:14-CR-00196 (CRB)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL UNDER SEAL |

### [PROPOSED] ORDER

Before the Court is Defendant Keith Jackson's Unopposed Administrative Motion to File Exhibits in support of Defendant's Motion to Compel Under Seal ("the Motion"). The Motion requests that Exhibits 1-9 in support of Defendant's Motion to Compel Production of FBI Internal Program Review of UCE-4773 and Related Materials be filed under seal because they contain sensitive information covered by the Protective Order in this case.

Having considered Defendant's Motion, the Declaration of S. Raj Chatterjee, and the Protective Order, the Court concludes that good cause exists for this Court to permit filing under

[PROPOSED] ORDER
sf-3447087

1

1 | seal.

2 | The Court therefore ORDERS that the following Exhibits to Keith Jackson's Motion to
3 | Compel Production of FBI Internal Program Review of UCE-4773 and Related Materials shall be
4 | filed under seal.

5 |
6 | 
| Document Name | Portion to be Filed Under Seal |
|---|---|
| Exhibit 1 | All |
| Exhibit 2 | All |
| Exhibit 3 | All |
| Exhibit 4 | All |
| Exhibit 5 | All |
| Exhibit 6 | All |
| Exhibit 7 | All |
| Exhibit 8 | All |
| Exhibit 9 | All |

17 | IT IS SO ORDERED.

18 | Dated: 8/15/2014

_____
Hon. Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER
sf-3447087

2