BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655

Attorney for Defendant
WILSON SY LIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>Defendants | CASE NO. CR-14-00196-CRB<br><br>**DEFENDANT WILSON SY LIM'S JOINDER IN MOTION TO COMPEL PRODUCTION OF FBI INTERNAL PROGRAM REVIEW OF UCE-4773 AND RELATED MATERIALS [ECF NO. 424] FILED BY DEFENDANT KEITH JACKSON ON AUGUST 14, 2014**<br><br>DATE: SEPTEMBER 24, 2014<br>TIME: 2:00 P.M.<br>CTRM: 6, 17TH FL. |

-2-

TO ALL PARTIES AND THEIR ATTORNEYS:

**PLEASE TAKE NOTICE** that Defendant Wilson Sy Lim, through undersigned counsel, hereby joins in the Motion to Compel Production of FBI Internal Program Review of UCE-4773 and Related Materials [Document No. 424], filed on August 14, 2014 by Co-Defendant Keith Jackson, based on the authority cited therein, adopting the filed points and authorities as though set out fully and at length. Defendant Lim is similarly situated to the moving defendant.

DATED: August 15, 2014

Respectfully submitted,

LAW OFFICES OF BRIAN H GETZ

By: __/s/_____
    BRIAN H GETZ
    Attorney for Defendant
    WILSON SY LIM