J. TONY SERRA #32639
CURTIS L. BRIGGS #284190
GREG M. BENTLEY #275923
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
KWOK CHEUNG CHOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KWOK CHEUNG CHOW, aka<br>RAYMOND CHOW,<br><br>        Defendant | CR 14-196 CRB<br><br>JOINDER IN MOTION TO COMPEL PRODUCTION OF FBI INTERNAL PROGRAM REVIEW OF UCE-4773 AND RELATED MATERIALS [ECF NO. 424] FILED BY DEFENDANT KEITH JACKSON ON AUGUST 14, 2014<br><br>DATE: September 24, 2014<br>TIME: 2:00 P.M.<br>CTRM: 6, 17th flr. |

**TO ALL PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that Defendant Kwok Cheung Chow, through undersigned counsel, hereby joins in the Motion to Compel Production of FBI Internal Program Review of UCE-4773 and Related Materials [Document No. 424], filed on August 14, 2014 by Co-Defendant Keith Jackson, based on the authority cited therein, adopting the filed points and authorities as though set out fully and at length. Defendant Chow is similarly situated to the moving defendant.

DATED: August 18, 2014        /s/ J. TONY SERRA
                              J. TONY SERRA
                              CURTIS BRIGGS
                              GREG BENTLEY
                              Attorneys for Defendant
                              KWOK CHEUNG CHOW