JAMES A. LASSART (SBN 40913)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: JLassart@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LELAND YEE,<br><br>　　　　Defendant. | Case No. CR 14-00196-CRB-2 (JCS)<br><br>**DEFENDANT LELAND YEE'S JOINDER IN MOTION TO COMPEL PRODUCTION OF FBI INTERNAL PROGRAM REVIEW OF UCE-4773 AND RELATED MATERIALS [ECF NO. 424] FILED BY DEFENDANT KEITH JACKSON ON AUGUST 14, 2014**<br><br>Date:　　September 24, 2014<br>Time:　　2:00 p.m.<br>Ctrm:　　6, 17th Fl. |

1  Defendant Leland Yee hereby joins in defendant Keith Jackson's Motion to Compel Production of FBI Internal Program Review of UCE-4773 and Related Materials [Document No. 424], filed on August 14, 2014.  The arguments presented and authority cited in the Motion refer and apply with equal force to defendant Yee.  Accordingly, defendant Leland Yee respectfully requests that the Court grant the Motion and extend him the same relief requested therein.

Dated: August 18, 2014

Respectfully submitted,

MURPHY, PEARSON, BRADLEY & FEENEY

By: /s/ JAMES A. LASSART
    JAMES A. LASSART
    Attorneys for Defendant
    LELAND YEE