# EXHIBIT 1

Government's Exhibit

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL

# TRAFFIC COLLISION REPORT

CHP 555 PAGE 1 (REV. 04-11) OPI 060

PAGE 1 OF 9

| SPECIAL CONDITIONS | NUMBER INJURED | HIT & RUN FELONY | CITY SAN FRANCISCO | | JUDICIAL DISTRICT SAN FRANCISCO SUPER. | LOCAL REPORT NUMBER 2012110250 |
|---|---|---|---|---|---|---|
| | NUMBER KILLED 0 | HIT & RUN MISDEMEANOR | COUNTY SAN FRANCISCO | REPORTING DISTRICT | BEAT 14 | DAY OF WEEK FRIDAY | TOW AWAY [x] YES [ ] NO |

**LOCATION**

| COLLISION OCCURRED ON: US-101 S/B | | MO 11/30/2012 | DAY | YEAR | TIME (2400) 0247 | NCIC # 9335 | OFFICER I.D. 020266 |
|---|---|---|---|---|---|---|---|

| MILEPOST INFORMATION: | GPS COORDINATES LATITUDE 37.75290° LONGITUDE -122.40290° | PHOTOGRAPHS BY: [x] NONE |
|---|---|---|

| AT INTERSECTION WITH: OR: 210 FEET NORTH OF CESAR CHAVEZ ST | STATE HWY REL [ ] YES [x] NO |
|---|---|

## PARTY 1

| | DRIVER'S LICENSE NUMBER ▓▓▓▓ | STATE CA | CLASS C | AIR BAG M | SAFETY EQUIP. G | VEH. YEAR 2008 | MAKE / MODEL / COLOR TOYO TACOMA BLK | LICENSE NUMBER 8N75366 | STATE CA |
|---|---|---|---|---|---|---|---|---|---|

**DRIVER** [x]
**PEDES-TRIAN** [ ]
**PARKED VEHICLE** [ ]
**BICY-CLIST** [ ]
**OTHER** [ ]

NAME(FIRST, MIDDLE, LAST)
**MICHAEL SHERMEN KIM**

STREET ADDRESS ▓▓▓▓

CITY / STATE / ZIP
**MILLBRAE**                CA    94030

| SEX M | HAIR BLK | EYES BRN | HEIGHT 5-08 | WEIGHT 195 | BIRTHDATE MO DAY YEAR | RACE A |
|---|---|---|---|---|---|---|

HOME PHONE ▓▓▓▓

BUSINESS PHONE

INSURANCE CARRIER
**AAA**

POLICY NUMBER ▓▓▓▓

| DIR OF TRAVEL S | ON STREET OR HIGHWAY US-101 | SPEED LIMIT 50 |
|---|---|---|

OWNER'S NAME [x] SAME AS DRIVER

OWNER'S ADDRESS [ ] SAME AS DRIVER ▓▓▓▓

DISPOSITION OF VEHICLE ON ORDERS OF: [x] OFFICER [ ] DRIVER [ ] OTHER
**B&A TOW**

PRIOR MECH. DEFECTS [x] NONE APP. [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

| VEHICLE TYPE 22 | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA |
|---|---|---|
| | [ ] UNK [ ] NONE [ ] MINOR | |
| | [ ] MOD [ ] MAJOR [x] ROLL-OVER | |

| CA | DOT | |
|---|---|---|
| CAL-T | TCP/PSC | MC/MX |

## PARTY 2

| | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|

**DRIVER** [ ]
**PEDES-TRIAN** [ ]
**PARKED VEHICLE** [ ]
**BICY-CLIST** [ ]
**OTHER** [ ]

NAME(FIRST, MIDDLE, LAST)

STREET ADDRESS

CITY / STATE / ZIP

| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO DAY YEAR | RACE |
|---|---|---|---|---|---|---|

HOME PHONE

BUSINESS PHONE

INSURANCE CARRIER

POLICY NUMBER

DIR OF TRAVEL ON STREET OR HIGHWAY

SPEED LIMIT

OWNER'S NAME [ ] SAME AS DRIVER

OWNER'S ADDRESS [ ] SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF: [ ] OFFICER [ ] DRIVER [ ] OTHER

PRIOR MECHANICAL DEFECTS [ ] NONE APP. [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

| VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA |
|---|---|---|
| | [ ] UNK [ ] NONE [ ] MINOR | |
| | [ ] MOD [ ] MAJOR [ ] ROLL-OVER | |

| CA | DOT | |
|---|---|---|
| CAL-T | TCP/PSC | MC/MX |

## PARTY 3

| | DRIVER'S LICENSE NUMBER | STATE | CLASS | AIR BAG | SAFETY EQUIP. | VEH. YEAR | MAKE / MODEL / COLOR | LICENSE NUMBER | STATE |
|---|---|---|---|---|---|---|---|---|---|

**DRIVER** [ ]
**PEDES-TRIAN** [ ]
**PARKED VEHICLE** [ ]
**BICY-CLIST** [ ]
**OTHER** [ ]

NAME(FIRST, MIDDLE, LAST)

STREET ADDRESS

CITY / STATE / ZIP

| SEX | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE MO DAY YEAR | RACE |
|---|---|---|---|---|---|---|

HOME PHONE

BUSINESS PHONE

INSURANCE CARRIER

POLICY NUMBER

DIR OF TRAVEL ON STREET OR HIGHWAY

SPEED LIMIT

OWNER'S NAME [ ] SAME AS DRIVER

OWNER'S ADDRESS [ ] SAME AS DRIVER

DISPOSITION OF VEHICLE ON ORDERS OF: [ ] OFFICER [ ] DRIVER [ ] OTHER

PRIOR MECHANICAL DEFECTS [ ] NONE APP. [ ] REFER TO NARRATIVE

VEHICLE IDENTIFICATION NUMBER:

| VEHICLE TYPE | DESCRIBE VEHICLE DAMAGE | SHADE IN DAMAGED AREA |
|---|---|---|
| | [ ] UNK [ ] NONE [ ] MINOR | |
| | [ ] MOD [ ] MAJOR [ ] ROLL-OVER | |

| CA | DOT | |
|---|---|---|
| CAL-T | TCP/PSC | MC/MX |

| PREPARER'S NAME FARLEY 020266 | DISPATCH NOTIFIED [x] YES [ ] NO [ ] N/A | REVIEWER'S NAME | DATE REVIEWED 12-6-12 |
|---|---|---|---|

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**TRAFFIC COLLISION CODING**
CHP 555 CARS PAGE2 (REV. 04-11) OPI 060

PAGE 2   OF 9

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

**PROPERTY DAMAGE**

| OWNER'S NAME | | OWNER ADDRESS | | NOTIFIED ☐ YES ☐ NO |
|---|---|---|---|---|
| DESCRIPTION OF DAMAGE | | | | |

## SEATING POSITION

1 2 3
4 5 6
7

1 - DRIVER
2 TO 6 - PASSENGERS
7 - STATION WAGON REAR
8 - REAR  OCC TRK. OR VAN
9 - POSITION UNKNOWN
0.- OTHER

## SAFETY EQUIPMENT

**OCCUPANTS**
A - NONE IN VEHICLE
B - UNKNOWN
C - LAP BELT USED
D - LAP BELT NOT USED
E - SHOULDER HARNESS USED
F - SHOULDER HARNESS NOT USED
G - LAP/SHOULDER HARNESS USED
H - LAP/SHOULDER HARNESS NOT USED
J - PASSIVE RESTRAINT USED
K - PASSIVE RESTRAINT NOT USED
P - NOT REQUIRED

**CHILD RESTRAINT**
Q - IN VEHICLE USED
R - IN VEHICLE NOT USED
S - IN VEHICLE USE UNKNOWN
T - IN VEHICLE IMPROPER USE
U - NONE IN VEHICLE

**M / C BICYCLE HELMET**
DRIVER        PASSENGER
V - NO        X - NO
W - YES       Y - YES

## AIR BAG

B - UNKNOWN
L - AIR BAG DEPLOYED
M - AIR BAG NOT DEPLOYED
N - OTHER
P - NOT REQUIRED

**EJECTED FROM VEHICLE**
0 - NOT EJECTED
1 - FULLY EJECTED
2 - PARTIALLY EJECTED
3 - UNKNOWN

## INATTENTION CODES

A - CELL PHONE HANDHELD
B - CELL PHONE HANDSFREE
C - ELECTRONIC EQUIPMENT
D - RADIO / CD
E - SMOKING
F - EATING
G - CHILDREN
H - ANIMALS
I - PERSONAL HYGIENE
J - READING
K - OTHER

ITEMS MARKED BELOW FOLLOWED BY AN ASTERISK (*) SHOULD BE EXPLAINED IN THE NARRATIVE.

### PRIMARY COLLISION FACTOR
LIST NUMBER (#) OF PARTY AT FAULT

| | VC SECTION VIOLATED | CITED ☐ YES ☑ NO |
|---|---|---|
| A | 1 A 22350 | |
| B | OTHER IMPROPER DRIVING* | |
| C | OTHER THAN DRIVER* | |
| D | UNKNOWN* | |

### WEATHER (MARK 1 TO 2 ITEMS)

| | |
|---|---|
| A CLEAR | X |
| B CLOUDY | |
| C RAINING | X |
| D SNOWING | |
| E FOG / VISIBILITY ____ FT. | |
| F OTHER* | |
| G WIND | |

### LIGHTING

| | |
|---|---|
| A DAYLIGHT | |
| B DUSK - DAWN | |
| C DARK - STREET LIGHTS | |
| D DARK - NO STREET LIGHTS | X |
| E DARK - STREET LIGHTS NOT FUNCTIONING* | |

### ROADWAY SURFACE

| | |
|---|---|
| A DRY | |
| B WET | X |
| C SNOWY - ICY | |
| D SLIPPERY (MUDDY, OILY, ETC.) | |

### ROADWAY CONDITION(S)
(MARK 1 TO 2 ITEMS)

| | |
|---|---|
| A HOLES, DEEP RUT* | |
| B LOOSE MATERIAL ON ROADWAY* | |
| C OBSTRUCTION ON ROADWAY* | |
| D CONSTRUCTION - REPAIR ZONE | |
| E REDUCED ROADWAY WIDTH | |
| F FLOODED* | |
| G OTHER* | |
| H NO UNUSUAL CONDITIONS | X |

### TRAFFIC CONTROL DEVICES

| | 1 | 2 | 3 |
|---|---|---|---|
| A CONTROLS FUNCTIONING | | | |
| B CONTROLS NOT FUNCTIONING* | | | |
| C CONTROLS OBSCURED | | | |
| D NO CONTROLS PRESENT / FACTOR* | x | | |

### TYPE OF COLLISION

| | |
|---|---|
| A HEAD - ON | |
| B SIDE SWIPE | |
| C REAR END | |
| D BROADSIDE | |
| E HIT OBJECT | X |
| F OVERTURNED | |
| G VEHICLE / PEDESTRIAN | |
| H OTHER* | |

### MOTOR VEHICLE INVOLVED WITH

| | 1 | 2 | 3 |
|---|---|---|---|
| A NON - COLLISION | | | |
| B PEDESTRIAN | | | |
| C OTHER MOTOR VEHICLE | 1 | 2 | 3 |
| D MOTOR VEHICLE ON OTHER ROADWAY | | | |
| E PARKED MOTOR VEHICLE | | | |
| F TRAIN | | | |
| G BICYCLE | | | |
| H ANIMAL: | | | |
| I FIXED OBJECT: CONCRETE WALL | X | | |
| J OTHER OBJECT: | | | |

### PEDESTRIAN'S ACTIONS

| | |
|---|---|
| A NO PEDESTRIANS INVOLVED | X |
| B CROSSING IN CROSSWALK - AT INTERSECTION | |
| C CROSSING IN CROSSWALK - NOT AT INTERSECTION | |
| D CROSSING - NOT IN CROSSWALK | |
| E IN ROAD - INCLUDES SHOULDER | |
| F NOT IN ROAD | X |
| G APPROACHING / LEAVING SCHOOL BUS | |

### SPECIAL INFORMATION

| | 1 | 2 | 3 |
|---|---|---|---|
| A HAZARDOUS MATERIAL | | | |
| B CELL PHONE HANDHELD IN USE | | | |
| C CELL PHONE HANDSFREE IN USE | | X | |
| D CELL PHONE NOT IN USE | | | |
| E SCHOOL BUS RELATED | | | |
| F 75 FT MOTORTRUCK COMBO | | | |
| G 32 FT TRAILER COMBO | | | |
| H | | | |
| I | | | |
| J | | | |
| K | | | |
| L | | | |
| M | | | |
| N | | | |
| O | | | |

### OTHER ASSOCIATED FACTORS
(MARK 1 TO 2 ITEMS)

| | 1 | 2 | 3 |
|---|---|---|---|
| A | VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | |
| B | VC SECTION VIOLATED: CITED ☐ YES ☐ NO | | |
| C | VC SECTION VIOLATED: CITED ☐ YES ☐ NO | 1 | 2 | 3 |
| D | | | |
| E VISION OBSCUREMENT* | | | |
| F INATTENTION*: | | X |
| G STOP & GO TRAFFIC | | |
| H ENTERING / LEAVING RAMP | | |
| I PREVIOUS COLLISION | | |
| J UNFAMILIAR WITH ROAD | | |
| K DEFECTIVE VEH. EQUIP.: CITED ☐ YES ☐ NO | | |
| L UNINVOLVED VEHICLE | | |
| M OTHER*: | | |
| N NONE APPARENT | | |
| O RUNAWAY VEHICLE | | |

### MOVEMENT PRECEDING COLLISION

| | |
|---|---|
| A STOPPED | |
| B PROCEEDING STRAIGHT | |
| C RAN OFF ROAD | |
| D MAKING RIGHT TURN | |
| E MAKING LEFT TURN | |
| F MAKING U TURN | |
| G BACKING | |
| H SLOWING / STOPPING | |
| I PASSING OTHER VEHICLE | |
| J CHANGING LANES | |
| K PARKING MANEUVER | |
| L ENTERING TRAFFIC | |
| M OTHER UNSAFE TURNING | |
| N XING INTO OPPOSING LANE | |
| O PARKED | |
| P MERGING | |
| Q TRAVELING WRONG WAY | |
| R OTHER* | |

### SOBRIETY - DRUG PHYSICAL
(MARK 1 TO 2 ITEMS)

| | 1 | 2 | 3 |
|---|---|---|---|
| A HAD NOT BEEN DRINKING | | | |
| B HBD - UNDER INFLUENCE | | | |
| C HBD - NOT UNDER INFLUENCE* | | | |
| D HBD - IMPAIRMENT UNKNOWN* | | | |
| E UNDER DRUG INFLUENCE* | | | |
| F IMPAIRMENT - PHYSICAL* | | | |
| G IMPAIRMENT NOT KNOWN | | | |
| H NOT APPLICABLE | | | |
| I SLEEPY / FATIGUED* | | | |

### SKETCH

SEE PAGE 4 FOR SKETCH

INDICATE NORTH

**MISCELLANEOUS**
✓ HDQ
✓ DIV. HWY
  POLICE DEPT.
  DIST. ATTY
  CORONER
  D.M.S.

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**INJURED / WITNESSES / PASSENGERS**
CHP 555 CARS PAGE 3 (REV 04-11) OPI 065

PAGE 3 OF 9

| DATE OF COLLISION (MO. DAY YEAR) | TIME(2400) | NCIC # | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

| WITNESS ONLY | PASSENGER ONLY | AGE | SEX | EXTENT OF INJURY('X' ONE) | | | | INJURED WAS ('X' ONE) | | | | | PARTY NUMBER | SEAT POS. | AIR BAG | SAFETY EQUIP. | EJECTED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FATAL INJURY | SEVERE INJURY | OTHER VISIBLE INJURY | COMPLAINT OF PAIN | DRIVER | PASS. | PED. | BICYCLIST | OTHER | | | | | |
| ☐ # | ☐ | 39 | M | ☐ | ☐ | ☐ | ☒ | ☐ | ☒ | ☐ | ☐ | ☐ | 1 | 3 | M | G | 0 |

NAME / D.O.B. / ADDRESS    TELEPHONE
ANDI LEE (███████) ████████████

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:
SAN FRANCISCO FIRE DEPARTMENT MEDIC# 72    SAN FRANCISCO GENERAL HOSPITAL

DESCRIBE INJURIES:    COMPLAINT OF PAIN TO THE NECK

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☒ | 39 | M | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | J | 1 | M | G | 0 |

NAME / D.O.B. / ADDRESS    TELEPHONE
MICHAEL SHERMAN KIM (███████████████████████████)    (██████████

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:
SAN FRANCISCO FIRE DEPARTMENT MEDIC# 72    SAN FRANCISCO GENERAL HOSPITAL

DESCRIBE INJURIES:    TRANSPORTED AS A PRECAUTION, NO INJURIES, NO COMPLAINT OF PAIN

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☒ # | ☐ | 51 | M | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS    TELEPHONE
KENDALL RAY FREEMAN (█████████████████████████████)    █████████

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS    TELEPHONE

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS    TELEPHONE

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| ☐ # | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | | | | |

NAME / D.O.B. / ADDRESS    TELEPHONE

(INJURED ONLY) TRANSPORTED BY:    TAKEN TO:

DESCRIBE INJURIES:

☐ VICTIM OF VIOLENT CRIME NOTIFIED

| PREPARER'S NAME | I.D. NUMBER | MO. DAY YEAR | REVIEWER'S NAME | MO. DAY YEAR |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |

AN INTERNATIONALLY ACCREDITED AGENCY

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 4

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

1

Sketch

## US-101 SOUTHBOUND

N

101

S-1   S-2   S-3   S-4

Concrete Roadway

Dirt/Trees

2

V-1

CESAR CHAVEZ ST.

Solid Yellow Line

Concrete Wall

V-1

Solid White Line

Shoulder

Painted Broken
White Lines

2
3
4
5
6
7

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                    PAGE 5

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

Factual
Diagram



PREPARED BY: FARLEY   I.D. NUMBER: 020266   DATE: 11/30/2012   REVIEWER'S NAME:   DATE:

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                        PAGE 6

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

1                                    <u>Legend</u>
2 <u>Station Line:</u>
3 A station line was established along the west roadway edge of US-101 S/B. Station 0+00 was
4 located 200 feet north of the north edge of the 25th Street over crossing. The station numbers
5 increase in a southerly direction. All measurements were taken at right angles off the station line.
6 Measurements were obtained by roll meter.
7
8 <u>Points of Rest:</u>
9

| DESCRIPTION | DISTANCE RIGHT OR LEFT OF STATION LINE | LOCATION ON STATION |
|---|---|---|
| Right Rear Tire | 33 ft. left | 1+49 |
| Right Front Tire | 22 ft. left | 1+49 |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 7

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

1  **FACTS:**
2
3  **NOTIFICATION:**
4
5  On November 30, 2012, at 0249 hours, I received a call from CHP dispatch of a solo vehicle traffic
6  collision involving major injury on US-101 S/B, north of Cesar Chavez. I responded from 7th and
7  Bryant Street and arrived on scene at 0302 hours. Once on scene, I determined this to be a sole
8  vehicle traffic collision involving minor injuries. All times, speeds, and measurements are
9  approximate. Measurements were obtained by visual estimation and roll meter.
10
11  **SCENE DESCRIPTION:**
12
13  This traffic collision occurred within the city and county of San Francisco. US-101 S/B at this
14  location is comprised of four lanes of traffic. Each lane is 12 foot wide and is divided by painted
15  broken white lines. The roadway is bordered on the east by a solid yellow line, 2 foot wide center
16  divide, and a concrete median wall. The roadway is bordered on the west by a solid white line, 8
17  foot wide shoulder, and dirt/trees. The roadway is made of asphalt and the roadway was wet due
18  to heavy rain at the time of the traffic collision. The area is controlled by the posted speed limit of
19  50 mph. All roadway signs and markings were in working order. **(See factual diagram for**
20  **details.)**
21
22  **PARTIES:**
23
24  **Party-1 (P-1, Kim)** was identified by his valid California DL. P-1 was located sitting upright in the
25  back of an ambulance upon my arrival. P-1 was determined to be the driver of V-1 by the
26  following:
27          - P-1 is the registered owner of V-1
28          - P-1, and witness statement
29          - The seat position matched the stature of P-1
30
31  **Vehicle-1 (V-1, Toyota)** was located on its roof facing in an easterly direction blocking the #2 and
32  #3 lane upon my arrival. V-1 sustained major roll over damage as a result of this traffic collision.
33  The damage consisted of the following: damage to hood, roof, damage to both sides of V-1, bed
34  of truck, shattered windshield and rear window. No previous damage noted or claimed.
35
36  **STATEMENTS:** *STATEMENTS ARE NOT VERBATIM AND ARE WRITTEN IN SUMMARY FORM. THE*
37  *STATEMENTS WRE READ BACK TO THE INVOLVED PARTIES FOR VERIFICATION.*
38
39  **Party-1 (P-1, Kim)** was contacted at the scene and related the following in essence: He was
40  driving S/B in the #4 lane at 55 to 60 mph in heavy rain. "Andi" was his passenger. He was taking
41  Andi home to Daly City. They were coming from a nightclub off Broadway St. He hit a couple huge
42  puddles, slowed down and fishtailed to the left. He traveled across the fast lane and hit the center
43  divide and flipped over. After the collision, they were upside down in the vehicle, unbuckled his
44  seatbelt and exited vehicle. He called an SFPD dispatcher to relate he was involved in a traffic

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**                                          PAGE 8

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

1 collision, requested an ambulance. He then unbuckled the passenger seatbelt and related the
2 passenger was fine.
3
4 **Witness-1 (W-1, Freeman)** was contacted at the scene and related the following in essence: He
5 was driving S/B in the #3 lane at approximately 50 mph. He observed a truck in the ahead of him
6 traveling at approximately 55 mph in an unknown lane. The truck's rear end rotated counter
7 clockwise, made a quarter turn and rolled over. W-1 stopped on the shoulder to check on the
8 occupants.
9
10 **INTOXICATION NARRATIVE:**
11
12 While gathering information from P-1 regarding the traffic collision, I observed his eyes were red
13 and watery. I asked him he consumed alcohol and he related 3 beers earlier in the evening. I
14 asked P-1 a series of field sobriety test questions and had him perform two field sobriety tests
15 (FSTS) while on the stretcher. Horizontal Gaze Nystagmus I observed lack of smooth pursuit in
16 both eyes. The Finger Count test was performed as instructed. I determined P-1 was not under
17 the influence of an alcoholic beverage.
18
19 **SUMMARY:**
20
21 **P-1, Kim** was driving **V-1, Toyota** on US-101 S/B, north of the 25th Street over crossing in the #4
22 lane at approximately 60 mph in heavy rain. Due to P-1's unsafe speed for the conditions, the rear
23 of V-1 rotated counterclockwise and veered left crossing lanes of traffic and colliding into the
24 concrete wall. This impact caused V-1 to roll onto its roof. V-1 slid across the #1 lane and came to
25 rest on its roof facing in an easterly direction blocking the #2 and #3 lane. After the collision, P-1
26 exited V-1 and called an SFPD dispatcher for assistance.
27
28 The summary was determined by P-1 and W-1's statement, the damage to V-1, and my
29 observations.
30
31 **AREA OF IMPACT (AOI):**
32
33 **AOI #1 (V-1 vs. concrete wall)** occurred approximately 210 feet north of Cesar Chavez St. and 2
34 feet east of the east roadway edge of US-101 N/B.
35
36 **AOI #2 (V-1 vs. roadway)** occurred approximately 180 feet north of Cesar Chavez St. and 6 feet
37 west of the east roadway edge of US-101 N/B.
38
39 The AOI's were determined by P-1 and W-1's statement, the damage to V-1, and my
40 observations.
41
42
43

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |

STATE OF CALIFORNIA

**NARRATIVE/SUPPLEMENTAL** PAGE 9

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 11/30/2012 | 0247 | 9335 | 020266 | 2012110250 |

1  **CAUSE:**
2
3  P-1 caused this collision by driving in violation of California Vehicle Code section 22350, which
4  states, no person shall drive a vehicle upon a highway at a speed greater than is reasonable or
5  prudent having due regard for weather, visibility, the traffic on, and the surface and width of, the
6  highway, and in no event at a speed which endangers the safety of persons or property.
7  P-1 caused this collision by traveling at a speed too great for the traffic conditions. The cause was
8  determined by the damage to the involved vehicle, the statements of P-1 and W-1, and my
9  observations.
10
11  **RECOMMENDATIONS:**
12
13  None

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| FARLEY | 020266 | 11/30/2012 | | |