STEVEN G. KALAR
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
GALIA AMRAM PHILLIPS
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
Elizabeth_Falk@fd.org
Galia_Phillips@fd.org

Counsel for Defendant BARRY HOUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,    | No. 14-CR-196-CRB (NC) |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT BARRY HOUSE'S RESPONSE TO THE COURT'S ORDER REQUIRING NOTICE TO CRIME VICTIMS RE: PROPOSED SUBPOENA** |
| v. | |
| BARRY HOUSE, | |
| Defendant. | |

I, GALIA A. PHILLIPS, declare and state that:

1. I am an attorney at law duly admitted to practice in the State of California and admitted to the bar of this Court. I represent defendant Barry House in the above-captioned matter. Unless otherwise noted, I make this declaration based on my own personal knowledge. With respect to those matters not personally known to me I make this declaration upon information and belief.

*HOUSE*
CR 14-0196 CRB
DECLARATION OF GALIA A. PHILLIPS             1

2. On September 5, 2014, Mr. House filed an ex parte application for an order authorizing an indigent subpoena under Fed.R.CrimP. 17(b) and (c). Mr. House also filed a motion to seal the subpoena in accordance with Local Rule 17-2(a)(1). The proposed subpoena sought records from Mr. House's two prior convictions in Alameda County.

3. At the detention hearing before the Court on September 3, 2014, the government referenced these prior convictions and made factual assertions concerning the misdemeanor conviction in particular.

4. The day after the hearing, I made a discovery request to the government for 1) Mr. House's rap sheet and 2) the source of the information the government proffered regarding Mr. House's Alameda County misdemeanor conviction. I had first requested Mr. House's rap sheet on August 14, 2014 (in addition to the standard request that the Federal Defender makes in its initial discovery letter sent when the case is first received).

5. The government has not responded to any of my requests for Mr. House's rap sheet, nor to my request for the source of the information the government proffered at the September 3, 2014 detention hearing regarding Mr. House's Alameda County misdemeanor conviction. The government has also not yet provided the recordings the Court ordered the government provide before the September 17, 2014 hearing.

6. I have requested Mr. House's files from both prior attorneys but no response has been received. According to the California State Bar website, the attorney for the misdemeanor conviction appears to be currently suspended from practicing law.

*HOUSE*
CR 14-0196 CRB
DECLARATION OF GALIA A. PHILLIPS                2

1 I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge.

3                                                       Respectfully submitted,

5     Dated: September 11, 2014         GALIA AMRAM PHILLIPS
                                                      Assistant Federal Public Defender

8                                                       Northern District of California

*HOUSE*
CR 14-0196 CRB
DECLARATION OF GALIA A. PHILLIPS       3