# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CRIMINAL MINUTE ORDER

| **Case No.:** 14-cr-00196-CRB-1 | **Case Name:** USA v. Chow, et al. | |
|---|---|---|
| **Magistrate Judge:** Joseph C. Spero | **Date**:  September 22, 2014 | **Time:** 1 Hour |

**Attorney for Plaintiff:** Susan Badger, Will Frentzen, Waqar Hasib
**Attorney for Defendant:** J. Tony Serra, Curtis Briggs - Chow; Galia Phillips - House; Garrick Lew - Roeun; Tony Tamburello - Jackson;  Maria Belyi for Randy Daar - Sullivan; Joanna Powell -Li; Galia Phillips for Sara Rief- Chiu.

  **Deputy Clerk:** Karen Hom                            **Court Reporter:**  FTR: Not Reported

## PROCEEDINGS

1.  Discovery Conference re:  Access of In-Custody Defendants to Discovery - Held.

## ORDERED AFTER HEARING

**NOTES:** Custody defendants: Barry Blackwell House; Andy Li; Rinn Roeun; Marlon Sullivan; Brandon Jamelle Jackson; Kongphet Chanthavong; Alan Chiu; Kwok Cheung Chow - appearances waived.  Supervisory USM Frank Conroy, was present.

## CASE CONTINUED TO:


**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant           [ ] Court
**cc:**
*(T) = Telephonic Appearance