IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C14-00196 CRB |
| Plaintiff, | **ORDER GRANTING MOTION TO REVOKE MAGISTRATE COURT ORDER OF DETENTION** |
| v. | |
| BARRY BLACKWELL HOUSE, | |
| Defendant. | |

For the reasons stated in open court, the Court GRANTS Defendant House's Motion to Revoke Magistrate Court Order of Detention (dkt. 549), and finds that there are terms and conditions that "will reasonably assure [Defendant House's] appearance . . . as required and the safety of any other person and the community." See 18 U.S.C. § 3142(c)(1)(B). Those terms and conditions, set forth by Pretrial Services, shall be presented to a magistrate judge forthwith for review and approval. The Court notes that Alameda County has placed a detainer against the release of Defendant House; this Order is not intended to control the determination by Alameda County with respect to its detainer.

**IT IS SO ORDERED.**

Dated: October 21, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE