FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: KWOK CHEUNG CHOW. | No. 14-72818 |
|---|---|
| KWOK CHEUNG CHOW, AKA Raymond Chow, AKA Ha Jai, AKA Shrimp Boy, | D.C. No. 3:14-cr-00196-CRB-1 Northern District of California, San Francisco |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

Before: O'SCANNLAIN, BERZON, and BYBEE, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

SLL/MOATT

The motion to proceed in forma pauperis is denied as moot.

**DENIED**.