IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER DIRECTING FILING OF STATUS REPORT** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants.   / | |

The Court hereby DIRECTS the government to file, by 3:00 PM on Monday, November 10, 2014, a report regarding the status of discovery in this case.

**IT IS SO ORDERED.**

Dated: November 7, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order re status.wpd