EDWIN PRATHER, SBN 190536
MAX MIZONO, SBN 286573
PRATHER LAW OFFICES
461 Bush Street, Suite 350
San Francisco, CA 94108
Telephone: (415) 881-7774
Email: edwin@pratherlawoffices.com
　　　　max@pratherlawoffices.com

Attorneys for Defendant
HON KEUNG SO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HON KEUNG SO,<br><br>　　　　　Defendant. | Case No.: CR 14-00196-CRB<br><br>**DEFENDANT HON KEUNG SO'S JOINDER IN CODEFENDANTS MOTIONS TO SEVER**<br><br>Date: November 12, 2014<br>Time: 10:00 A.M.<br>Court: The Honorable Charles R. Breyer |

　　　　Defendant Hon Keung So ("Mr. So"), through counsel, hereby joins in defendant Rinn Roeun's "MOTION TO SEVER CO-DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 8(b)" filed on October 3, 2014 at docket number 514; defendant Xiao Cheng Mei's "MOTION TO SEVER CO-DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 8(b)" filed on October 3, 2014 at docket number 518; defendant Barry Blackwell House's "MOTION TO SEVER CODEFENDANTS UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 8(b)" filed on October 3, 2014 at docket number 519; defendant Leland Yee's "MOTION TO SEVER DEFENDANT" filed on October 3, 2014 at docket number 520; defendant Keith Jackson's "JOINDER IN MOTION TO SEVER FILED BY DEFENDANT LELAND YEE" filed on October 3, 2014 at docket number 522; defendant Andy Li's "MOTION TO SEVER DEFENDANT"

filed on October 3, 2014, at docket number 526; defendant Albert Nhingsavath's "MOTION FOR JOINDER RE: MOTION TO SEVER DEFENDANT" filed on October 6, 2014, at docket number 534, and defendant Anthony Lai's "JOINDER IN CODEFENDANTS MOTION TO SEVER" filed on November 7, 2014 at docket number 582.  The arguments presented and the authorities cited in the Motions are equally applicably to Mr. So, and through this joinder Mr. So incorporates the filed points and authorities as though here set out fully and at length.

Mr. So moves for a separate trial on the ground that he has been improperly joined in the Superseding Indictment, which joins co-defendants alleged to be involved in two separate and distinct RICO Conspiracies (Counts #1 and #2).  Mr. So has not been charged in Count #1 ("CKT Conspiracy") or in Count #2 ("Campaign Conspiracy").  Out of the 228 Counts in the Superseding Indictment, Mr. So has only been charged in Count #99, an alleged violation of 18 U.S.C. §§ 371 and 2315 – Conspiracy to Receive and Transport Stolen Property in Interstate Commerce.  Mr. So has been charged in this Count along with co-defendants Kwok Cheung Chow, George Nieh, and Ming Ma, all of whom are charged in Count #1, the CKT Conspiracy.

Nowhere in the Superseding Indictment has it been alleged that Mr. So was a member of either the CKT Conspiracy or the Campaign Conspiracy.  Mr. So's only alleged connection to the CKT Conspiracy is that his alleged offense is enumerated as evidence of a pattern of racketeering activity of the CKT enterprise.  As such, severance from all other co-defendants charged in the CKT and Campaign Conspiracies, as well as severance from all other co-defendants not charged along with Mr. So in Count #99, is warranted.

DATED: November 7, 2014                                        Respectfully submitted,


                                                               ____/s/_____
                                                               EDWIN PRATHER
                                                               MAX MIZONO
                                                               Attorneys for Defendant
                                                               HON KEUNG SO