**LIPTON & PIPER, LLP**
ARTHUR C. LIPTON, C.S.B.#74710
JONATHAN L. PIPER, C.S.B. #225701
MATTHEW J. OLSMAN, C.S.B #290938
Flood Building - Suite 945
870 Market Street
San Francisco, CA  94102
Phone:  (415) 362-6286
Fax:     (415) 362-6819

Attorneys for Defendant,
GARY KWONG YUI CHEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>GARY KWONG YUI CHEN,<br><br>　　　　　Defendant. | Case No.: CR 14-0196 CRB<br><br>**DEFENDANT GARY KWONG YUI CHEN'S JOINDER  IN DEFENDANT RINN RUEN'S MOTION TO SEVER**<br><br>Date:  November 12, 2014<br>Time:  10:00 AM<br>Court: The Hon. Charles R. Breyer |

　　　Defendant Gary Kwong Yui Chen, through Counsel, hereby joins in Defendant Rinn Ruen's "Motion to Sever Co-Defendants Pursuant to Federal Rule of Criminal Procedure 8(b)" filed on October 3, 2014 at docket number 514. The arguments presented and the authorities cited are equally applicable to Gary Kwong Yui Chen; as such, by this joinder Mr. Chen adopts the filed points and authorities as are fully set forth in the Motion to Compel.

　　　In addition to the facts cited in the above motion, Mr. Chen hereby moves for a separate trial on the grounds that he has not been charged in either Counts No. 1 or Counts No. 2 in the Superceding Indictment, which both allege two separate RICO Conspiracies.  Mr. Chen has been charged only in Counts 191, 196, 198, and 202 which are money laundering charges. (18 USC § 1956(a)(1)(A)(I) and (a)(1)(B)(I).)  Nowhere in the Superceding Indictment is it alleged that Mr. Chen is a Member of the CTK Conspiracy or the

1

Campaign Conspiracy. Moreover, each of the alleged money laundering transactions charged against Mr. Chen, allegedly took place in Boston, Massachusetts, far from the location of where the government claims the RICO Conspiracy transpired.

Therefore, defendant, Gary Kwong Yui Chen, requests that his trial be severed from any of the RICO charged defendants, as is requested in Rinn Ruen's motion currently before the Court.

Dated: November 7, 2014

                                           Respectfully Submitted,

                                           /S/
                                         Jonathan L. Piper,
                                         Counsel for Gary Kwong Yui Chen