James A. Lassart (SBN 40913)
Nicholas C. Larson (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:    (415) 788-1900
Fax:    (415) 393-8087
Email: JLassart@mpbf.com
        NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>LELAND YEE,<br><br>             Defendant. | Case No.: CR 14-00196 CRB (JCS)<br><br>**DEFENDANT LELAND YEE'S RESPONSE TO COURT ORDER RE: COUNTS 229 & 230**<br><br>Date:     February 19, 2015<br>Time:    10:00 a.m.<br>Ctrm.:    6, 17th Fl. (Hon. Charles R. Breyer) |

On February 12th the Court directed Defendant Leland Yee (hereinafter "Yee") to notify the Court in writing by February 17th of his position as to whether Counts 229 and 230 should be included in the first trial (scheduled to commence on June 22, 2015). Yee hereby responds to the Court's direction and has no opposition to Counts 229 and 230 being included together in the first trial.

Yee would also like to take this opportunity to notify the Court that Yee will be filing a motion to continue the date of the first trial from June until mid-August of this year. This is because counsel for Yee, James A. Lassart, is starting a trial this week in Oakland in front of Judge White, which is currently scheduled to last for the next two months until mid-April.

Dated: February 17, 2015

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Nicholas C. Larson
    James A. Lassart
    Nicholas C. Larson
    Attorneys for Defendant
    LELAND YEE

NCL.20876303.doc