JAMES A. LASSART (SBN 40913)
NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108
Telephone:   (415) 788-1900
Facsimile:   (415) 393-8087
Email:         JLassart@mpbf.com
                   NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.  CR 14-00196-CRB-2 (JCS) |
|---|---|
| Plaintiff, | **DEFENDANT LELAND YEE'S ADMINISTRATIVE MOTION TO FILE MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS AND RELATED DOCUMENTS UNDER SEAL** |
| v. | |
| LELAND YEE, | |
| Defendant. | |

**NOTICE OF MOTION**

Pursuant to Criminal Local Rule 56-1, and Civil Local Rule 7-11, Defendant Leland Yee moves the Court to permit Defendant Yee to file a Motion to Suppress Evidence Derived From Wiretap Interceptions and Related Documents under seal.  This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of James A. Lassart, the files and records in this case, and any other evidence or argument that may properly be presented to the Court.  The Motion and Related Documents will be filed manually with the Court pursuant to Criminal Local Rule 56-1(c)(1).

Dated: March 26, 2015

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ JAMES A. LASSART
    James A. Lassart
    Nicholas C. Larson
    Attorneys for Defendant
    LELAND YEE

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Leland Yee submits this Motion pursuant to Criminal Local Rule 56-1 to request permission to file a Motion to Suppress Evidence Derived from Wiretap Interceptions and Related Documents under seal. This Motion requests that the Motion to Suppress and supporting Declaration of James A. Lassart be filed under seal because they contain and are based on the sensitive information covered by the Protective Order [Dkt. #302] in this case. This request is also based on the fact that the sensitive material contained throughout the Motion to Suppress and in the Declaration of James A. Lassart and the exhibits attached thereto is likely to be considered to be interwoven with other information. [*See* Dkt. #301 at 3.] Therefore, Defendant Yee's counsel requests permission to file the Motion to Suppress and supporting Declaration and Exhibits thereto under seal.

Dated: March 26, 2015

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ JAMES A. LASSART
James A. Lassart
Nicholas C. Larson
Attorneys for Defendant
LELAND YEE