JAMES A. LASSART (SBN 40913)
NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108
Telephone:   (415) 788-1900
Facsimile:    (415) 393-8087
Email:          JLassart@mpbf.com
                    NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 14-00196-CRB-2 (JCS) |
| Plaintiff, | **DECLARATION OF JAMES A. LASSART IN SUPPORT OF DEFENDANT LELAND YEE'S ADMINISTRATIVE MOTION TO FILE MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS AND RELATED DOCUMENTS UNDER SEAL** |
| v. | |
| LELAND YEE, | |
| Defendant. | |

**DECLARATION**

I, James A. Lassart, declare that:

1. I am an attorney duly licensed to practice in all courts of the State of California, and am a Partner of the law firm of Murphy, Pearson, Bradley & Feeney, attorneys of record for Defendant Leland Yee herein. I make this Declaration in Support of Defendant Yee's Administrative Motion to File a Submission regarding personal conversations had by Mr. Yee and Related Documents under seal. I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. My Associates and I have reviewed and are familiar with the Protective Order [Dkt. #302] governing this case, including the definition of SUBJECT MATERIALS.

3. My Associates and I have reviewed the documents that Defendant Yee seeks to file under seal.

4. These documents include SUBJECT MATERIALS and numerous references to the SUBJECT MATERIALS and should be filed under seal because they contain and are based on the sensitive information covered by the Protective Order in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 26th day of March 2015, in San Francisco, California.

/s/ JAMES A. LASSART
James A. Lassart