JAMES A. LASSART (SBN 40913)
NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
Email: JLassart@mpbf.com
NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LELAND YEE,<br><br>  Defendant. | Case No. CR 14-00196-CRB-2 (JCS)<br><br>**ORDER GRANTING DEFENDANT LELAND YEE'S ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE DERIVED FROM WIRETAP INTERCEPTIONS AND RELATED DOCUMENTS UNDER SEAL** |

**ORDER**

Before the Court is Defendant Leland Yee's Administrative Motion to File the Reply in Support of Motion to Suppress Evidence Derived From Wiretap Interceptions and Related Documents ("the Motion") under seal.

Having considered Defendant Yee's Motion and all pleadings and other papers in support thereof, and all further evidence presented by the parties, the Court concludes that good cause exists for Defendant Yee's Motion.

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANT
YEE'S MOTION TO FILE UNDER SEAL
CASE NO. CR 14-00196-CRB

1 The Court therefore ORDERS that Defendant Yee's Reply in Support of Motion to
2 Suppress Evidence Derived From Wiretap Interceptions and the Declaration of James A. Lassart
3 and all Exhibits thereto shall be filed under seal.
4     IT IS SO ORDERED.

6 Dated: April 30, 2015

    _____
    The Honorable
    United

*IT IS SO ORDERED*
*Judge Charles R. Breyer*