IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00196 CRB |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al. | |
| Defendants. | |

Representatives of the San Jose Mercury News - Bay Area News Group, the Associated Press, the San Francisco Chronicle, the Recorder, and the Los Angeles Times have sent a letter to the Court, moving "to unseal all documents filed in recent weeks related to motions to suppress evidence" in this case. See April 17, 2015 letter, attached. The Court hereby REFERS this matter to Magistrate Judge Joseph C. Spero for review of the relevant documents.

**IT IS SO ORDERED.**

Dated: May 4, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\196\order referring unsealing matter.wpd