UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.,<br><br>             Defendants. | Case No. 14-cr-00196-CRB   (JCS)<br><br>**ORDER REGARDING RESPONSES TO ORDER TO SHOW CAUSE** |

The Court issued an Order to Show Cause on May 13, 2015 instructing the parties to address whether certain documents should remain under seal. On June 12, 2015, the United States filed proposed redactions of the parties' legal memoranda, including briefs filed by Defendants Keith Jackson and Leland Yee. *See* Gov't Response (dkt. 819). The United States also proposed unsealing all declarations in support of the parties' memoranda and Exhibit G to Yee's Motion to Suppress, but argued that all other exhibits should remain under seal. *Id.* Jackson and Yee each filed a response stating that their submissions include "interwoven" references to material that should remain sealed, and that proposing redactions would be "unduly burdensome." *See* Jackson Response (dkt. 817); Yee Response (dkt. 818).

This Court's Local Rules provide that any request to file under seal "must be narrowly tailored to seek sealing only of sealable material." Crim. L.R. 56-1(b). The Court will not permit the entirety of Defendants' filings to remain under seal based on scattered references to purportedly sealable material. Any Defendant who objects to the United States' proposal must file

/ / /

/ / /

/ / /

1   a reply no later than June 26, 2015.  Any Defendant who does not file a reply will be deemed to

2   have consented to public disclosure of any material that the United States has proposed to unseal.

3   **IT IS SO ORDERED.**

4   Dated: June 17, 2015

5   _____
        JOSEPH C. SPERO
6       Chief Magistrate Judge