IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants.<br>_____ / | No. CR 14-00196 CRB<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court sets the following briefing schedule for motions in connection with the first trial, including, without limitation, motions in limine and any motions to dismiss based on outrageous government conduct, to be heard at the July 20, 2015 pretrial conference:

- Motions will be filed no later than June 30, 2015 at 12:00 p.m.;
- Oppositions/responses will be filed no later than July 7, 2015 at 12:00 p.m.;
- Replies will be filed no later than July 10, 2015 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: June 19, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE