MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    william.frentzen@usdoj.gov
    susan.badger@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KWOK CHEUNG CHOW, et. al.<br>    Defendants. | No. CR 14-0196 CRB<br><br>UNITED STATES' NOTICE OF FILING<br><br>Trial date: August 10, 2015<br>Pretrial date: July 20, 2015 |

    The United States hereby gives notice that it has filed Ex Parte, In Camera, and Under Seal a submission pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C.

///

///

U.S. NOTICE
CR 14-0196 CRB

1  App. III, § 4.

2  DATED: June 25, 2015                    Respectfully submitted,
                                            MELINDA HAAG
3
                                            United States Attorney
4                                           /s/ S. Waqar Hasib
                                            WIL FRENTZEN
5                                           SUSAN BADGER
                                            S. WAQAR HASIB
6                                           Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. NOTICE
CR 14-0196 CRB