LAURA ROBINSON
State Bar #135680
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, California 94611
Tel: (510) 384-8563
Fax: (510) 439-5314
Laurasrobinson@gmail.com

Counsel for Defendant Zhanghao Wu

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 14-196 CRB |
|---|---|---|
| Plaintiff, | ) | ORDER TO OPT OUT OF MOTION REGARDING COUNT ONE |
| v. | ) | |
| ZHANGHAO WU, | ) | |
| Defendant. | ) | |

OPT OUT

Defendant Zhanghao Wu is charged in the second superseding indictment with only counts 101, 133 and 162. He is not charged in count 1. Count 1 is currently set for a motion for a bill of particulars on July 22, 2015 at 2:00 p.m. Since the motion does not relate in any way to Mr. Wu, Mr. Wu should be permitted to opt out of this motion.

IT IS HEREBY REQUESTED, by counsel for Zhanghao Wu, that this Court allow Mr. Wu to opt out of the motion set for July 22, 2015 2:00 p.m.

DATED: 7/20/15   ___/s/_____
LAURA ROBINSON
Attorney for Zhanghao Wu

1

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Zhanghao Wu is opted out and excused from attending the motion for a bill of particulars relating to count 1, set for July 22, 2015 at 2:00 p.m.

SO ORDERED.

DATED: "Lwn{ "43."4237  _____
JUDGE CHARLES R. BREYER
United States District Judge

2