**A.**

> Also, as discussed above in Section III, CHOW has been intercepted on numerous telephone wiretaps that were conducted more recently, in 2007 and 2008. However, despite being relatively more recent, these intercepted communications also bear no relevance to the instant investigation. The intercepted calls involving CHOW were either non pertinent, or contained no information of relevance to the instant investigation, or both. Accordingly, I do not believe that these intercepted communications can be used to fully achieve the goals of this investigation.

**B. omitted**

**C.**

> xi. Confidential Human Source #11 (CHS #11)
>
> 109. I am aware of CHS #11, of whom investigating agents first became aware on March 13, 2012. CHS #11 provided the FBI with a copy of a consensual recording of CHOW and an interviewer. The recording was made on or about January 29, 2009. The recording features a monologue of CHOW in which he discusses his life upon arriving in the United States from Hong Kong in the 1970s, and CHOW's early involvement with organized crime elements in San Francisco's Chinatown. CHS #11 advised that the recording was made at the request of CHOW so that CHOW could tell his life story, which CHOW hoped could be sold and scripted into a film. The FBI agent who was responsible for handling CHS #11 is no longer with the Asian Organized Crime Squad in San Francisco, and provided the information regarding CHS #11 investigative agents on March 13, 2012. The handling agent further stated that CHS #11 was closed as a source in May 2009 due to a lack of further access to CHOW, and relocation of CHS #11. As a result, I believe CHS #11 is currently not in a position to obtain information on

**D.**

> 38. For example, in October 2009, during a conversation with CHOW and a confidential human source (herein, CHS #1), CHOW discussed how he had $50,000 in his bank account that he set aside to get his book published. CHOW stressed to CHS #1 that those funds were absolutely legitimate. Further into the conversation, CHOW told CHS #1 that he now promoted "grand ideas." CHS #1 told CHOW not to stir up any trouble, to which CHOW responded that law enforcement was looking to put CHOW away, and that there were "snitches" out there who were using CHOW to direct law enforcement attention onto CHOW. CHOW said that he did not care, because what was happening "out there" had nothing to do with him.

**E.**

> him look like a gangster. Senator YEE stated that the FBI and the cops felt like CHOW was kicking sand in their faces and they didn't like that. Senator YEE stated CHOW had a problem because he didn't understand that he needed to lay low. Senator YEE stated

**F.**

**G.**

application, CHOW currently wears an ankle bracelet and is under the supervision of an ICE deportation officer. According to a plea agreement that CHOW signed when pleading guilty to federal racketeering charges in 2000, CHOW was at that time an admitted member of the San Francisco-based Hop Sing Tong (herein "HST")[3] and one of

**H.**

a)

> FEDERAL BUREAU OF INVESTIGATION
>
> Date of transcription 07/31/2009
>
> David CHIU, ███████████████, President, Board of Supervisors, District 3, business address City Hall, Room 264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California (CA), was interviewed by Federal Bureau of Investigation (FBI) Special Agents (SAs) Tseng Chow and Joe Yum in the San Francisco office of the FBI. CHIU was accompanied by Jamie CANTWELL, ███

b)

> FEDERAL BUREAU OF INVESTIGATION
>
> Date of transcription 08/14/2009
>
> David CHIU, date of birth (dob) 04/02/1970, President, Board of Supervisors, District 3, business address City Hall, Room 264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California (CA), telephone number (415) 554-7450, was interviewed by Federal Bureau of Investigation (FBI) Special Agents (SAs) Tseng Chow and Joe Yum in the San Francisco office of the FBI. CHIU was accompanied by Jamie CANTWELL, ███████████ Legislative Aid to

c)

> FEDERAL BUREAU OF INVESTIGATION
>
> Date of transcription 08/17/2009
>
> On 08/16/2009 at approximately 6:36 PM, David CHIU, ███ ███████████████████ President, Board of Supervisors, District 3, business address City Hall, Room 264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California (CA), telephone number (415) 554-7450, was provided with a recording device for the purpose of conducting a consensually monitored recording with Raymond CHOW, also known as (aka) Shrimp Boy, aka Ha Jai, aka Kwok Cheung Chow, dob 12/31/1959. On 08/16/2009 at approximately 8:24 PM, the recording device was recovered from CHIU. The recording device was submitted to ELSUR on 08/17/2009.

**I.**

> CHIU received a legal letter from Breall & Breall, LLP, Attorneys at Law, 1255 Post Street, Suite 800, San Francisco, CA dated July 6, 2009, who purportedly were representing the CHEE KUNG TONG (CKT), aka GHEE KUNG TONG. The legal letter demanded that CHIU make the necessary clarification, correction, and apology for CHIU's past statements so that further legal action would be unnecessary. CHIU believed that the CKT never authorized this letter and that CHOW may have been behind this legal letter. Since CHIU's office did not responded to the legal letter, CHOW and the CKT held a protest at San Francisco City Hall.

**J.**

15  JONES answered "yes, why else do you think he's walking round Willie Brown?" JONES said
16  that she wanted a $10,000 commitment from UCE 4773, and stated: "You pay to play here. We
17  got it. We know this. We are the best at this game; uh, better than New York. We do it a little
18  more sophisticated than New Yorkers. We do it without the mafia." JONES continued on "this is
19  a moderate business focus mayor. He was pretty much trained and developed by Willie Brown
20  and the same as myself and we were trained to get the job done . . . we know we have to get the
21  job done." UCE 4773 said "ok." JONES continued "our plan is once we give him the money, is

**K.**

    **a)**

2   On November 30, 2012, at approximately 8:15 a.m., Senator YEE received a call from (415)
3   710-0014 from Sharmin Bock. Senator YEE stated "I've got $6,000 here." Bock stated "oh,
4   awesome. Okay, well, I'll get 6 couples to pony up." Senator YEE said "so whenever you're
5   ready, uh, let me know and then I can, uh, you know, you know, give it to you, or whatever."
6   Bock asked if that was the most that YEE could do. Senator YEE stated "yeah, the only problem
7   yeah, is that's probably all that you, I can do. It's been really, uhm, just tough going because,
8   uhm, you know, we've been able to raise money elsewhere and so, that's how we've been able to
9   do it. Uhm, and just to let you know, all the checks have been vetted in the sense that, uhm, you
10  know, we have like, you know, who, who these individuals are, their occupation and all that kind
11  of stuff." Bock stated "it's no like, strip club money or anything like that right? I'm good" and

    **b)**

1  On December 7, 2012, at approximately 8:36 a.m., Senator YEE called Sharmin Bock. Bock
2  stated "I'm rounding up checks." Senator YEE stated "I got two extra for you . . . . I, I have six
3  now . . . and I'm gonna get two more." Bock asked "okay, so is that seven thousand, then?"
4  Senator YEE stated "no, that's eight thousand." Bock stated "okay, good, so I'll hustle. . . . My
5  goal is to get this done before the holidays. I leave . . . on the 22nd of December. So I'm, I'm
6  just, you know, I'm having difficulty getting people to call when I'm not in court." I believe that
7  this conversation related to Senator YEE's efforts to disguise illegal payments.

c)

10  27.     December 10, 2012
11  On December 10, 2012, at approximately 8:40 a.m., Senator YEE called Sharmin Bock.
12  Senator YEE stated that he needed to make a correction, that initially "he" said he had six, then
13  Bock said she could do more, then Senator YEE stated people pulling together were supposed to
14  get two more. Senator YEE stated unfortunately they were only able to get Senator YEE one
15  more, so Bock should give YEE six, give YEE an additional thousand and Senator YEE would
16  go ahead and get that over to Bock. Bock stated "just hang on to it, I'm going to get mine, let's
17  do what we each have in hand." Senator YEE stated that was fine, let's just get it done.

d)

18  On April 6, 2013, at approximately 1:55 p.m., JACKSON used **Target Telephone 1** to speak
19  with BUTLER. BUTLER advised JACKSON that the "check that we gave that politician, DA, whoever,
20  it didn't go through, what's going on?" JACKSON said that he tried to find out if they were going to
21  send the check back through, but nobody returned his phone call. BUTLER responded "why don't you
     check on it but I'll need to put the money in the account just in case they put it back through, so there
22  isn't an overdraft." JACKSON agreed to figure out what was going on. I believe this conversation
23  related to JACKSON helping YEE swap donation checks with Sharmin Bock to circumvent campaign
24  financing laws.

e)

On April 28, 2013, at approximately 5:51 p.m., JACKSON used **Target Telephone 1** to speak with YEE on **Target Telephone 4**. YEE told JACKSON he did not have Steven [Lao's] number so JACKSON stated he would text it to him. JACKSON stated that LAO "is trying to build lot of stuff on the state level to, so yeah, he can write a check for $500, but you need like the big checks though, right?" YEE responded "oh, no, no, absolutely, you know absolutely, but, what he can do is, you know, he can write like six thousand five, six thousand eight and then still write a $500 check to Sharmin [Bock], you know, because that doesn't count against, you know, so he is free to write Sharmin anytime." YEE explained that would help him then get some money from Sharmin's people. YEE continued "yeah, because, yeah, cause you know, Steve Lao writes $500 check to Sharmin, I give that check then to Sharmin's people who write $500, then if I do that she is going to be motivated to do another event for me." YEE stated that Sharmin can raise a lot of money because "she's got CEO's of Silicon Valley, this and that and shit like that." YEE then offered to call Lao and explain it to him. I believe this conversation related to YEE swapping donation checks with Bock as part of his larger scheme to circumvent state and local campaign finance laws.

**L.**

Sharmin. JACKSON said he would have Eric WRIGHT and his people do some for Sharmin as well. YEE replied "'Cause she's a DA in Alameda county and that's why I was going to say, Steven, hey, you know, help out Sharmin, man. If you need some help in Alameda County, we can use her, you know. She's a fucking DA, man." YEE also suggested having "Black" (referring to Barry HOUSE) help

**M.**

On November 28, 2012, UCE 4599 met with JACKSON and PALEGA at the Waterbar Restaurant at lunchtime. After spending some time on small talk on topics such as football, UCE 4599 and PALEGA engaged in a discussion about UCE 4599's business. Before getting into that, PALEGA told UCE 4599 and JACKSON something to the effect that whatever was said at the table, had to stay at the table. PALEGA said that he had a lot to lose. UCE 4599 said that was fine and he felt the same way. JACKSON was

and New Jersey. UCE 4599 said that he had a large property in Mendocino County where he grew marijuana and had a constant problem with people trying to break in. UCE 4599 said that he needed equipment to supply his men so that they could defend the operation. PALEGA responded that he had contacts and he could supply machine guns. UCE 4599 cautioned PALEGA, and said that "we" refer to guns as "girlfriends." Large guns such as machine guns and rifles are referred to as "big girls" and handguns are referred to as "small girls." PALEGA said that his contact is a white guy who can get what UCE 4599 needs. PALEGA said that he would get a list of what his supplier has available. Nothing

**N.**

On May 30, 2012, UCEs 4773 and 4599 (the UCE that has infiltrated the Hop Sing Tong and is posing as mafia from the east coast) went to lunch with JACKSON in San Francisco. During

**O.**

    **a)**

On Friday, December 14, 2012, Federal Bureau of Investigation (FBI) Undercover Employee UCE-4599 (hereinafter UCE), met SULULAGI PALEGA, a.k.a. Chief, at Town Hall restaurant, San Francisco, California. The purpose of the meeting was to discuss illegal business opportunities with PALEGA. The conversation was audio recorded. The following is a general summary of the events and conversation:

The UCE presented PALEGA with a bottle of champagne for the holidays.

PALEGA told the UCE he was "working on your order" and then presented UCE with a list containing different types of assault rifles, handguns and their respective prices. The UCE asked if the handguns would all be

    b)

PALEGA was very cautious about conducting any type of illegal business because he had personal relationships with MAYOR ED LEE and San Francisco Police CHIEF GREG SUHR.

The UCE asked PALEGA to get back to him with a total price for multiple assault rifles, handguns, hand grenades and ammunition. The UCE told PALEGA he would pay him a percentage on the total cost to the UCE.

    c)

After lunch, the UCE walked PALEGA to his vehicle. The UCE observed PALEGA was driving a City of San Francisco official vehicle.

P.

> On March 21, 2013, UCE-4599 met with Sulu PALEGA. This meeting was consensually recorded. At this meeting, PALEGA and UCE-4599 sat in PALEGA's car. PALEGA handed UCE-4599 a See's candy bag. In the bag was a .45-caliber revolver. PALEGA told UCE-4599 to "Enjoy the candy".

12

Q.

    a)

On April 12, 2013, at approximately 6:26 p.m., JACKSON received a call on **Target Telephone 1** from Reverend Amos BROWN, associated with telephone number (415) 559-2978. BROWN told JACKSON that he was "fairly disgusted with that little heffer London Breed." BROWN explained that Breed was continuing to ask questions and investigate "the dead issue about" Henry ALVAREZ. ALVAREZ was the former Executive Director of the San Francisco Housing Authority. BROWN stated that "nothing has been presented factually in terms of what the man did that could be considered malfeasance." JACKSON asked how they could help with Breed and BROWN answered "she needs to shut her mouth and I think we need to have a meeting with her." JACKSON agreed to set up a meeting.

On April 12, 2013, at approximately 6:31 p.m., JACKSON used **Target Telephone 1** to call BUTLER. JACKSON told BUTLER about BROWN's complaint surrounding Breed. BUTLER stated Breed was making a lot of fuss around the ALVAREZ matter and that "they got evidence that he was getting his damn house fixed on. Henry was sending people over there doing shit for Reverend BROWN." JACKSON replied that he knows that, but Breed needed to "let this shit go. You can't kill everybody. Okay, Henry going to step away, fucking let him go. But if you keep on fucking inquiring about this shit, they you gonna fucking hurt Reverend BROWN, we need him." BUTLER and JACKSON continued to discuss how Breed needed to stop digging into ALVAREZ because "if she digs too hard, she gonna blow something up on him." BUTLER agreed to call Breed and set up a meeting with her and BROWN. The two also stated that if they do this for BROWN, then in return BROWN needed to back off his opposition to a project BUTLER and JACKSON were involved in.

On April 12, 2013, at approximately 11:05 p.m., JACKSON used **Target Telephone 1** to call BUTLER. JACKSON told BUTLER that he just ran into Breed and she was okay with having a meeting set up with her, JACKSON, BUTLER, and Reverend Amos BROWN.

b)

On April 22, 2013, at approximately 2:45 p.m., JACKSON, using **Target Telephone 1**, spoke with Derf BUTLER. BUTLER asked JACKSON to remind Amos BROWN about the meeting with London Breed. BUTLER said if BROWN missed the meeting, BUTLER would not reschedule anything. BUTLER would also advise Breed's office to send BROWN an email about the missed meeting, so BROWN could not later go to the media and say that anyone refused to meet with him.

c)

JACKSON continued to discuss patronage and opportunities for corruption and graft within the City of San Francisco with Zula JONES, Nazly MOHAJER, Rev. Arnold TOWNSEND, and others. In addition, Rev. Amos BROWN has been contacting JACKSON in order to request that JACKSON assist in keeping Supervisor London Breed from demanding investigation into former San Francisco Housing Authority head Henry ALVAREZ, since Rev. BROWN took favors in the form of work at his house from ALVAREZ.

d)

On April 16, 2013, at approximately 4:43 p.m., JACKSON received a call on **Target Telephone 1** from BUTLER. BUTLER advised JACKSON the meeting with London Breed and Amos BROWN would take place on April 24th at 6:30 p.m., at "1300" (referring to the restaurant/bar "1300 on Filmore" in San Francisco).

### e)

On April 18, 2013, at approximately 10:45 a.m., JACKSON received a call on **Target Telephone 1** from CHS #11. During the call, JACKSON explained to CHS #11 that he has a meeting next Wednesday with Reverend Amos BROWN and London Breed because of Henry ALVAREZ. JACKSON stated that Breed was digging into ALVAREZ and BROWN wanted to get her to stop. JACKSON ran into Breed and told her "I'll be honest with you, you done pissed them off, you know. And you can't piss off the leadership because Reverend BROWN still is, he's still a leader in this city when it comes to the black people." Breed responded "I got you Keith." JACKSON then told her the problem was "they got something on Reverend BROWN. ... The city. They know when Henry was director of the house, Reverend BROWN had people coming in from the housing authority coming in working on his house." JACKSON then told CHS #11 that later when BROWN was out of town, somebody broke into his house and "cleaned him out." JACKSON thinks BROWN must think it is the housing authority workers because BROWN did not file a police report. JACKSON stated "he should have known this from the beginning though. If they use housing authority time, they on the housing authority clock, those people mad when they go to work on somebody else's house."

## R.

### a)

minority politicians. TOWNSEND talked about CHS #11 sending his monthly money through JACKSON. TOWNSEND explained that was so if TOWNSEND gave public testimony he could say he didn't receive any money from CHS #11, so that way he could vouch for CHS #11 as the VP of the NAACP, because of the quality of the deal and not because TOWNSEND was being paid, "that way we ain't got no paper trail." They talked about working the projects in

### b)

TOWNSEND stated he would show anger for causes, but that the anger was all calculated. CHS #11 asked about paying TOWNSEND through JACKSON. TOWNSEND stated that as long as the money was cash, CHS #11 could pay TOWNSEND directly. TOWNSEND stated he would need to testify on behalf of CHS #11 as Vice President of the NAACP and as President of the EOC and not as a paid consultant of CHS #11. CHS #11 confirmed he owed TOWNSEND another $600 and counted it out for TOWNSEND. They discussed meeting with ALVAREZ and

### c)

On April 6, 2013, at approximately 3:02 p.m., JACKSON spoke over **Target Telephone 1** with Arnold TOWNSEND. TOWNSEND told JACKSON that CHS #11 had not called him yet, but TOWNSEND wanted to make sure he kept the lines of communication open because he was still keeping his eyes open "looking at some stuff." TOWNSEND had a potential project with "the Safeway people" that he wanted to run by JACKSON first and then if it looked good, they would pull in CHS #11. I believe this conversation related to TOWNSEND seeking to find city development projects for CHS #11 to invest in. JACKSON "let me try to get you taken care of," meaning he wanted to get TOWNSEND paid by CHS #11 first. JACKSON complained that he had yet to be reimbursed by CHS #11 for his rent for the office space in Sacramento.

**d)**

On April 7, 2013, JACKSON used **Target Telephone 1** to send and receive multiple text messages with TOWNSEND. At approximately 12:24 p.m., JACKSON told TOWSEND to "call [CHS #11]." TOWNSEND responded at approximately 12:40p.m., "soon as church is over." Later, JACKSON advised TOWNSEND that CHS #11 was "out playing golf with Larry Reid."

**e)**

On April 6, 2013, at approximately 3:02 p.m., JACKSON spoke over **Target Telephone 1** with Arnold TOWNSEND. TOWNSEND told JACKSON that CHS #11 had not called him yet, but TOWNSEND wanted to make sure he kept the lines of communication open because he was still keeping his eyes open "looking at some stuff." TOWNSEND had a potential project with "the Safeway people" that he wanted to run by JACKSON first and then if it looked good, they would pull in CHS #11. I believe this conversation related to TOWNSEND seeking to find city development projects for CHS #11 to invest in. JACKSON "let me try to get you taken care of," meaning he wanted to get TOWNSEND paid by CHS #11 first. JACKSON complained that he had yet to be reimbursed by CHS #11 for his rent for the office space in Sacramento.

**S.**

On April 12, 2013, at approximately 9:44 a.m., JACKSON used **Target Telephone 1** to make a call to BUTLER. JACKSON told BUTLER that he was with WORTHEN – "one of the heads for veterans affairs the other night and he's got a state contract for a $5 million build out of a kitchen and needs contractors." JACKSON told WORTHEN he could get him some contractors, "contractors that you can deal with that we trust ... that don't mind doing what we want them to do, um, and he'll take care of us." BUTLER and JACKSON discussed how to get the project even though it must be bid on. BUTLER stated that they simply "find who our player is that we want to use and then we get two other people that's gonna, that we know gonna come in extremely high. .. So then that our person, is pretty right in, in, in the street, they do their, their legal due diligence and everybody's happy." JACKSON agreed and stated WORTHEN was going to get the scope of the job to JACKSON beforehand so they could get their folks lined up. BUTLER stated he had some folks from Lennar he thought would be perfect because "they'll play big ball." BUTLER instructed JACKSON to tell WORTHEN they need the scope of the job and any other requirements to make sure the people they have bid on the project meet the qualifications. JACKSON stated "I got, I got one other, uh, Chinese contractor that I'll bring to the table too, just in case, you know, so you get, you get two I got, I got these guys on my end, so that's three contractors and we'll just let them put bids in." BUTLER responded "Okay, however, you want to work it. I, it's fine with me. Cause you know the main thing is we wanna make sure we got somebody that that understand they got to play." I believe this related to BUTLER conspiring with JACKSON to engage in a bid rigging scheme.

T.

   a)

On April 4, 2013, at approximately 4:47 p.m., JACKSON spoke with Dern BUTLER over **Target Telephone 1**. JACKSON told BUTLER he would be at City Hall tomorrow morning for a meeting with CHS #11 and San Francisco District Supervisor Malia Cohen. BUTLER inquired as to how JACKSON's interactions have been with Cohen so far. JACKSON stated "it's cool, it's been cool

   b)

so far." BUTLER responded "You know, sometimes she forgets what we are doing for her, but you know, I blame, I blame that on Dewayne." JACKSON states "you know, it's all good, we been working out our problems." BUTLER responded "Shouldn't be no problems. All we done (u/i) help her (u/i)." JACKSON stated "I know, man, but they, you know, it's like, you know, she got that Janet Jackson syndrome, what have you done for me lately?" BUTLER responded "she got that bad don't she?"

   c)

going to have to turn it to the public and I don't want have that so.
On April 5, 2013, at approximately 8:51 a.m., JACKSON used **Target Telephone 1** to speak with Terry Mitchell, associated with telephone number (510) 593-5536. JACKSON advised Mitchell that he was on his way to pick up CHS #11 for a meeting they had with Cohen. JACKSON stated he was trying to continue to build a relationship between CHS #11 and Cohen, but also had to drop off a check for $1,000 for Old Skool Café, a non-profit supported by Cohen. When Mitchell asked what Old Skool Café was doing, JACKSON responded that he did not know but "she's always got her hands out."

U.

influence of Supervisor London Breed to gain contracts for public money. BUTLER has discussed with a CHS that he pays Supervisor Breed with untraceable debit cards for clothing and trips in exchange for advantages on contracts in San Francisco. BUTLER and JACKSON

V.

    a)

On April 17, 2012, at approximately 12:36 p.m., UCE 4773 called JONES at (415) 845-5841, and after fading in and out, JONES said she would call UCE 4773 back. JONES called UCE 4773 back later that night at approximately 9:05 p.m. from (415) 845-5841. Based on cell site data, JONES was in California. UCE 4773 was in Georgia. UCE 4773 told JONES that he spoke to MOHAJER about issuing $5,000 checks but wanted to make sure they aren't doubling up on the names they used as contributors. JONES said UCE 4773 can not contribute $500 if it's already done under his name and said "you would have to put that under one of your family members name" and that she needs the descriptions as to occupations and if "they are retired that's ok." At this point, JONES realized she was speaking to UCE 4773, said she called the wrong person back and said "Oh my god, I'm thinking you're someone from San Jose . . . . Sorry I had a hectic day today, I really apologize." She then switched the subject, "Ed knows that you gave the 10,000 . . . he knows that . . . he knows that you will give another 10,000. He also knows that we had to break the 10,000 up." JONES continued, "I can give you a list of names if that's what you want. The people that we broke it down . . . which I promised you I was gonna do." JONES then said that she needed to speak to MOHAJER because MOHAJER supposedly made a copy of all the checks. JONES said "they were mostly my family and my close friends, people I trust." UCE 4773 said that he would be emailing JONES with his contact information. JONES provided UCE 4773 with her email address: zula.jones@sfgov.org and said "when you send me the email . . . because it is city's email address, just say, um, please send me the information . . . forward me the information you promised me and I will prepare it." JONES continued, "Ed is aware that you're the one who's a big dig donor." JONES then said that she

    b)

On April 25, 2013, at approximately 3:26 p.m., JACKSON used **Target Telephone 1** to call Nazly MOHAJER. MOHAJER and JACKSON discussed the open house and then JACKSON stated that he was going to put together a fundraiser for YEE in June. JACKSON explained he was going to get ten people to each raise $2,500. The two then discuss Mayor Ed LEE to which JACKSON stated "I figured whatever we did for the mayor, I take that as a wash. It's all good." MOHAJER asked if LEE came through for JACKSON and JACKSON responded "No, he ain't come through for nobody, shit. I know if he ain't came through for you, he ain't goin go do shit for me. It's all good. Like I say, they always have to come back." MOHAJER later commented that she finds San Francisco to be extremely corrupt, and LEE "is worse than all of them." MOHAJER stated that if LEE decides to run again and asks MOHAJER to help raise money, she is going to make her demands up front. I believe this conversation related to MOHAJER's and JACKSON's previous fundraising for Mayor Ed LEE during the mayoral campaign wherein they expected official action in return, but did not receive it.

c)

UCE 4773 attended a meeting with Mayor LEE on the evening of April 6, 2012, at 945 Front Street in San Francisco. At the initial phase of the meeting, a number of people were present, including JACKSON, JONES, and MOHAJER, as well as Mayor LEE. UCE 4773 then attended a private meeting with Mayor LEE at which only UCE 4773, JONES, MOHAJER, Mayor LEE and two of UCE 4773's associates were present. One associate, an FBI Undercover Agent, posed as a businessman interested in developing senior assisted living facilities in San Francisco. The other, an FBI Confidential Human Source (CHS #11), posed as a developer working for UCE 4773. MOHAJER introduced UCE 4773 to Mayor LEE as an individual who had raised $10,000 to assist in retiring the campaign debt. During the private meeting, which lasted 20 to 25 minutes, Mayor LEE and UCE 4773 talked about bringing private business interests and development into San Francisco.

d)

UCE 4773 and MOHAJER set up the delivery date to be the following Monday. MOHAJER asked how much UCE 4773 was able to provide and said "are you going to do another 10,000 later?" UCE 4773 said once a meeting with Mayor LEE was arranged, they will plan further. UCE 4773 then confirmed that there is no problem breaking the check up and asked about breaking the check up. MOHAJER answered "yeah, we can do that, we can do that, we have no problem with that . . . but the only thing is . . . you can never talk to anybody about this. You know that?" She said that they have to be very careful referring to JONES and herself, MOHAJER because "I'm an appointee and she's an employee, so we have to be very careful."