```
(Rev. 05-01-2008)                                          DATE: 06-03-2011
                                                           CLASSIFIED BY 65179 DMH/MJS
                                                           REASON: 1.4 (c, d)
                          SECRET                           DECLASSIFY ON: 06-03-2036
```

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                         Date: 12/10/2008

To: San Francisco

From: San Francisco
      Squad [    ]/Oakland RA                                          b6
      Contact: [                                      ]                b7C
                                                                       b7E

Approved By: [                    ]           ALL INFORMATION CONTAINED
                                              HEREIN IS UNCLASSIFIED EXCEPT
                                              WHERE SHOWN OTHERWISE

Drafted By: [         ]

(S)    Case ID #: 802C-SF-143725        (Pending)
                                                                        b7E

(S)    Title: DOMAIN MANAGEMENT - [    ]                                b1
                                                                        b7E
              ASSESSMENT BEGIN: 12102008

(S)    Synopsis: (S//FOUO) To seek information related to the [    ]
              threat in the San Francisco domain in order to facilitate
              intelligence analysis and planning. This assessment seeks to
              assess threats, vulnerabilities, and gaps and new opportunities
(S)           for intelligence collection relative [           ]

       Details: (S//FOUO) The mission of Squad [    ] San Francisco
              Intelligence Branch, is to develop domain awareness through a      b7E
              systematic domain management process. To that effect, the IAs
              assigned to Squad [    ] seek to proactively identify threats,
(S)           vulnerabilities, and intelligence gaps and discover new
              opportunities for needed intelligence collection related to the
              [       ] target. [    ] is a collection priority for the San      b1
(S)           Francisco's Counterintelligence program as articulated in the FY   b7E
              2009 San Francisco Division's Intelligence Collection Strategy
              (801C-SF-141253 Serial 7).

              (U//FOUO) In order to fully assess the domain, the
       following investigative techniques will be utilized:
              Obtain publicly available information;
              Access and examine FBI and other DOJ records, and
              obtain information from any FBI or DOJ personnel;

                          SECRET

                                                           (S)
                                                           [          ]
s:\005meb01.wpd          802H-SF-143725                                b1
                                                                       b7E

SECRET

To: San Francisco   From: San Francisco
Re: ??, 12/10/2008

    Access and examine records maintained by, and request information from, other federal, state, local, tribal, or foreign governmental entities or agencies;
Use online services and resources;
Use and recruit human sources in conformity with AG Guidelines regarding the use of FBI Confidential Human Sources;
Interview or request information from members of the public and private entities;
Accept information voluntarily provided by governmental or private entities;
Engage in observation or surveillance not requiring a court order.

    (U//FOUO) Information collected from the above listed techniques will be processed and [redacted] Once complete, the Domain Intelligence Note and [redacted] will be documented in the above captioned file.   b7E

SECRET

2

~~SECRET~~

To: San Francisco   From: San Francisco
Re: ??, 12/10/2008

**LEAD(s):**

**Set Lead 1:   (Action)**

<u>SAN FRANCISCO</u>

    <u>AT OAKLAND RA</u>

    Open and assign new sub-file to IA [              ]   b6
    b7C

♦♦

~~SECRET~~

3