FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription   07/22/2009

Approximately on 06/09/2009, San Francisco Police
Department (SFPD) Gang Task Force, Inspectors Jameson Pon and Henry
Seto, contacted the below listed Federal Bureau of Investigation
(FBI) Special Agent (SA) regarding Raymond Kwok Cheung CHOW, also
known as (aka) Ha Jai, aka Shrimp Boy, date of birth (dob)

SFPD Inspectors Pon and Seto provided a list of names and
businesses that SFPD questioned regarding CHOW gaining control over
the annual Portsmouth Square Chinatown Night Market. The City of
San Francisco has since rejected its support and removed CHOW from
managing the Night Market. After SFPD spoke to these business
owners, all indicated that they were not being extorted by CHOW or
CHOW's associates. SFPD spoke to the following business owners:



An Official Notice on behalf of CHOW and the CHEE KUNG
TONG (CKT) or GHEE KUNG TONG was released approximately on
06/27/2009 to refute claims leveled against CHOW and the CKT. The
Official Notice defends the CKT and refutes claims made by Matier &
Ross from the San Francisco Chronicle and City of San Francisco
Supervisor David Chiu.

SFPD Inspectors Pon and Seto provided SA Chow with copies
of various Chinese newspaper articles related to CHOW and the
Portsmouth Square Chinatown Night Market.

SFPD Inspectors Pon and Seto also provided SA Chow with
six (6) pages of documents in English and Chinese identifying CKT
leadership positions obtained by SFPD from the CKT. Attached is
also a one (1) page diagram of Triad hand signs and a number
identifier chart that explained a persons position and number

Investigation on   06/09/2009   at San Francisco, California

File #

Date dictated   Not dictated

by   SA Tseng H. Chow: tho

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

US 607985

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____SFPD_____ , On _06/09/2009_ , Page ___2___

within the Triad/Tong. The CKT board members identified and the
Triad hand signs report were both in English and Chinese and are
summarized below.

Identified CKT board members:

1) Beverly DONG, Vice Chairman, Triad/Tong Number 489,
36 Spofford Alley, SF, CA,

2) Dino Jew SALVATERA, Hung Ying & Lion Dance
Supervisor, Triad/Tong Number 726, 36 Spofford Alley,
SF, CA,

3) Katy SEID, English Secretary, Triad/Tong Number 415,
36 Spofford Alley, SF, CA,

Triad/Tong hand signs and numbers chart:

Number 489: Dragonhead
Number 489: General
Number 438: Been jailed, committed serious crimes, used
only by 438 members
Number 438: Colonel
Number 426: Enforcer or red stick
Number 415: Assistant or messenger
Number 432: Negotiator or up front person
Number 49: Soldiers or lowest official member

The list of names and businesses SFPD questioned, the
Official Notice from the CKT, and the copies of the various Chinese
newspaper articles are all attached in a 1A envelope. The seven
(7) page document identifying the CKT board members and the
Tong/Triad hand signs and number diagram is also attached in a 1A
envelope.

US 607986

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     06/25/2009

On 06/25/2009, San Francisco Police Department (SFPD) Gang Task Force, Inspector Jameson Pon, contacted the below listed Federal Bureau of Investigation (FBI) Special Agent (SA) regarding Raymond Kwok Cheung CHOW a███████████ as (aka) Ha Jai, aka Shrimp ███ (███ █ ████████ (████████)

SFPD Inspector Pon provided information that CHOW's group may have threatened San Francisco City Supervisor David CHIU and CHIU's family recently. Several months ago, Supervisor CHIU was at a dinner banquet. CHOW and his associates were also at the same dinner banquet. CHOW wanted to take a photograph with CHIU, but CHIU declined to be in a photograph with CHOW. Later, an unidentified associate of CHOW approached CHIU and purportedly grabbed CHIU by the arm and stated something to the effect of "You are an elected official - Raymond CHOW runs Chinatown."

CHOW is scheduled to hold a press conference around noon on 06/27/2009 in the vicinity of IMPERIAL PALACE RESTAURANT, located at 818 Washington Street, San Francisco, California. The press conference may be in response to CHOW not getting approval from the City of San Francisco to operate the Portsmouth Square Chinatown Night Market.

| | | | |
|---|---|---|---|
| Investigation on | 06/25/2009 | at | San Francisco, California |

| | | |
|---|---|---|
| File # ████████████ | | Date dictated  Not dictated |

| | |
|---|---|
| by   SA Tseng H. Chow: thc (initials) | ████████████ |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US 607987

FD-302 (Rev. 10-6-95)

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/23/2009

        On 07/22/2009, two (2) brief summary translations from Chinese to English were received from Language Specialist Rebekah Mark, regarding Chinese newspaper articles from Singtao Daily and World Journal, dated 07/14/2009, and referencing Raymond Kwok CHOW, also known as Shrimp Boy, date of birth ███████████

        The Singtao Daily article was titled "CHEE KUNG TONG Plans to lead a group to protest at City Hall." The summary translation received is referenced below:

        The planned protest targets Supervisor David CHIU who had made derogatory statements against the HUNG MUN CHEE KUNG TONG while arguing against City Hall's funding for Chinatown's Night Market to be awarded to CHEE KUNG TONG. CHOW claims that CHEE KUNG TONG's reputation is damaged as a result. CHOW told reporters that Supervisor CHIU's accusations about CHEE KUNG TONG are baseless and irresponsible. CHOW plans to coordinate with Chinese Community groups along with community leaders of other ethnicities to protest at City Hall, date and time to be determined at a later date.

        The World Journal article was titled "HUNG MUN CHEE KUNG TONG's response to SF City Hall's decision to pull funding for the Chinese Night Market." The summary translation received is referenced below:

        In response to statements made by Supervisor David CHIU who successfully argued against City Hall's funding of $35,000 to CHEE KUNG TONG for the operation of the Chinatown Night Market, Joseph BREALL, the attorney representing CHEE KUNG TONG, has issued a letter asking Supervisor CHIU to clarify his statements about CHEE KUNG TONG and to issue an apology to avoid further legal action.

        The second article, Raymond CHOW will be joined by other community groups to protest Supervisor David CHIU's public statements against CHEE KUNG TONG.

        The brief summary translations, copies of the Singtao Daily, and World Journal Chinese newspaper articles are attached and made part of this communication.

| | | | |
|---|---|---|---|
| Investigation on | 07/22/2009 | at San Francisco, California | |
| File # | | | Date dictated  Not dictated |
| by  SA Tseng H. Chow: the ⟨ⁿᵘ⟩ | | | ████████ |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US 607988

[Singtao Daily, 7/14/2009]

**Chee Kung Tong Plans to Lead a Group to Protest at City Hall**

[By Singtao reporter Huang Weijiang in SF]

The planned protest targets Supervisor David Chiu who had made derogatory statements against the Hung Mun Chee Kung Tong while arguing against City Hall's funding for Chinatown's Night Market to be awarded to Chee Kung Tong. Chow claims that Chee Kung Tong's reputation is damaged as a result. Chow told reporters that Supervisor Chiu's accusations about Chee Kung Tong are baseless and irresponsible. Chow plans to coordinate with Chinese Community groups along with community leaders of other ethnicities to protest at City Hall, date and time to be determined at a later date.

編輯 劉志明　　2009年7月14日　星期二　　**星島日報 SINGTAO DAILY**

## ·授儀式

## 氏學者獎

選而出，接受申請者入學的大學包括麻省理工學院、哈佛大學、柏克萊加大、洛杉磯加大、戴維斯加大、聖荷西州大大及許多著名大學，他們都曾爲進入高等教育而奮鬥，包括新移民對英語的挑戰以及在低收入環境中的艱苦奮鬥。

五位受獎者每人可獲獎學金二千元，得獎人如下：Belinda Sparks（屋崙）、Jennifer Tu（屋崙）、John Tran（聖荷西）、Kimberly Martiner（聖荷西）及Ronnie Valenzuela（帝利市）。

ₜ長、史
ₜ在新澤
ₜ出任首
ₜ、列根
任命爲
京法學
學位，
即將進
者中挑

## 加大健康講座
## 講腳部動脈病

UCSF美亞心血管中心供稿

三藩市加州大學美亞心血管中心，將於16日（星期四）下午五時到六時半，主辦健康醫學講座，題目爲「腳部周圍動脈病引起的間歇性跛行」，這是最常見被忽視及診斷不出的病症之一。

講者爲三藩市加大血管專科主任廉米高醫學教授（Michael Conte, MD）。講座地點：三藩市加州大學醫療中心許氏禮堂二樓1600 Divisadero 街（夾 Scott 街），巴士1/2/4/24/38路可直達(1路車要向南行三個街口)，報名及查詢專線RSVP:415-885-3678。講座有茶點招待。

# 致公堂將拉隊赴市府示威

本報記者黃偉江三藩市報道

「鑒於市參事會主席邱信福的言論對五洲洪門致公總堂在接辦華埠夜市過程中所遭受的侮辱，致公總堂已開會通過決議，將聯同僑界及多個族裔的社區領袖，下周（具體時間在商定中）前往市府抗議示威。」洪門致公總堂會長周國祥昨天對本報記者聲稱，「不但要邱信福道歉，更要讓他明白，他不能把犧牲華人社區的利益作爲他政治上的資本。」

周國祥表示，「原來以爲忍氣吞聲能換得華埠夜市順

利舉辦，沒想到卻在邱信福的抹黑和誤導之下，旨在振興華埠經濟的華埠夜市慘遭腰斬。」他指「邱信福毫無根據和不負責任的言論，是犧牲社區的利益來換取自己的政治資本。」他說，代表律師已發信給邱信福和市長辦公室，表達不滿和抗議。

周國祥說，儘管自己是有案底，但他要改過自新，近四年來一直以實際行動在各種有意義的社區活動中現身說法，希望能從新做人。他認爲邱信福和市政府這次對華埠夜市的做法，顯然是對他本人和致公



■周國祥對於邱信福的言論和市府的做法表示憤慨。
　　　　記者黃偉江攝

總堂有偏見，不尊重社區意見。近日，致公總堂將發信到各僑團，聲明意見，並將聯同一起前往市府示威抗議。

World Journal 7/14/2009

First article, Hung Mun Chee Kung Tong's response to SF
City Hall's decision to pull funding for the Chinese Night
Market.

In response to statements made by Supervisor David Chiu who
successfully argued against City Hall's funding of $35,000
to Chee Kung Tong for the operation of the Chinatown Night
Market, Joseph Breall, the attorney representing Chee Kung
Tong, has issued a letter asking Supervisor Chiu to clarify
his statements about Chee Kung Tong and to issue an apology
to avoid further legal action.

The second article, Raymond Chow will be joined by other
community groups to protest Supervisor David Chiu's public
statements against Chee Gung Tong.

T&T Law Group LLP

# 矽谷市紛爭 邱信福：堅持自己說的話

## 曾質疑夜市新經理人 促市府暫停撥款 五洲洪門發函要求邱信福辭退



(右起)、五名大學校董會代表舉手表決時。
(檔案照片·記者劉凱平/攝影)

記者劉凱平

五洲洪門致公堂日前委託律師向市府表示，邱信福13日表示，他堅持自己說的話。

對此，邱信福13日採訪採訪時說，「我相信分之己的努力放在正當金山市多為華僑服務上，如處理項事危處。我為華僑服務上，為華埠地市政夜市的心態，即在五洲致公堂，而重複，至於五洲致公堂的話（I stand by my statement）。」

### 辭立案 不影響華埠分校

### 周國祥：將聯合其他社團 抗議邱信福

記者劉凱平

五洲洪門致公堂會員周國祥13日召開記者會，宣布該會董事...

US 607992

# GHEE KUNG TONG
## SUPREME LODGE - CHINESE FREE MASONS OF THE WORLD
# **OFFICIAL NOTICE**

Based on unsubstantiated rumors, on the afternoon of June 11ᵗʰ 2009 the members of Ghee Kung Tong Supreme Lodge - Chinese Free Masons of the World, was left with no other option than to immediately withdraw from the Chinatown Neighborhood Association, and the Chinatown Night Market. We resigned with the hope that the people and officials who are bias against Ghee Kung Tong would still allow the Chinatown Night Market to be continued. We came on board the Chinatown Neighborhood Association to contribute our time and resources to the Night Market. We wanted to help stimulate the businesses in Chinatown by reaching more visitors then the already existing visitors in Chinatown. The Chinatown Neighborhood Association had an open invitation to all associations, organizations, and individuals to step forward and contribute to the community, via the Night Market. A few had expressed interest but none had shown any good faith effort other than Ghee Kung Tong. Our members willingly took time off from their own careers to attend all the planning meetings and any related deliberations. During the 160 plus years in the history of Ghee Kung Tong, we have never used the accused "scare tactics". Our goal and commitment has always been to lend a helping hand to our community.

On June 10ᵗʰ, 2009 the San Francisco Chronicle under the column of "Matier and Ross" printed rumors which stated that, Ghee Kung Tong was using "intimidating tactics to scare off others interested in taking over the market" they also stated that tax payers grants were being misused. These rumors are baseless and completely untrue. The later rumor has been retracted by Matier and Ross on a later column. However, because of these ludicrous rumors, Supervisor David Chiu had requested the Mayor's office to shut down the Night Market. This eventually lead to an official notice from the Mayor's office to shut down the Night Market; without any proof that Ghee Kung Tong's member had any association with these heinous rumors. An official proclamation was issue to Ghee Kung Tong on March 13ᵗʰ, 2009 by Supervisor David Chiu for our good work, but now he is claiming that if he knew what he knows now it would not have gone out. What does he know now? If he knew us at all, he would know that we are all volunteers for the Night Market. Why try to shut it down unless he has other political agendas for the Night Market. We, the members of Ghee Kung Tong, are outraged by such irresponsible leadership from Supervisor David Chiu. The people and businesses in Chinatown are in Supervisor David Chiu's district. How can he be against the Night Market, an annual event that's nine years coming, has the support of the people, as well having consistently brought an undeniable number of new visitors to Chinatown. What is he trying to tell Chinatown? Did we vote for the wrong leader? Why is he taking away from his own district? Where is his best interest? Because of this decision it does not seem like his best interest is for the people and businesses of Chinatown. We want answers.

Legal notice have gone out to "Matier and Ross" at the San Francisco Chronicle demanding a full and immediate retraction and apology.

US 607993

# 鄭重聲明

五洲洪門致公總堂於六月十一日下午，與華埠街坊會取得共識，宣佈退出「華埠夜市」的籌辦工作，及退出共同主席等職務，即時生效。

「華埠夜市」的舉辦申請手續，早由市政府批准。五洲洪門致公總堂加入協辦工作，純粹因應華埠街坊會的人力短缺，其他團體亦未表積極。為免造現成的公眾活動「流產」，為華埠遊人興旺，本堂會員願為社群出力，亦是本堂百十年來立堂宗旨。幾十年來，本堂在社區並無顯赫建樹，更無傷天害理之舉。全體會員各有正業，義務於社群，毫無金錢利益交割。

查，「紀事報」MATTER & ROSS 專欄在六月十日文章散播謠言。助長華埠惡勢力，歧視、污衊本會會長，誹謗本會全體會員，其行徑卑劣，用心歹毒。

更令人噴飯者，市委審邱信福竟是以年代目，人云亦云，今是昨非之才。聽信謠傳，莽下結論，實是自暴其庸。又完其說，誤簽送本堂一紙「嘉許狀」，更顯其屍位素餐。

對於 MATTER & ROSS 專欄所散播「本堂會長及其會員恐嚇其他僑社」一事，皆屬空誣蔑，五洲洪門致公總堂在此嚴正抗議，並要求該專欄立即更正及道歉。本堂及全體會員一定追究法律責任，決不罷休

五洲洪門致公總堂會長周國祥　暨　全體全人

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription     <u>07/28/2009</u>

On July 24, 2009, a surveillance was conducted by Federal Bureau of Investigation (FBI) Special Agents (SAs) in the vicinity of 1 Dr. Carlton B Goodlett Place, San Francisco, California (CA) (hereinafter San Francisco City Hall). During the surveillance, the following observations were made at the approximate times noted below:

| <u>Time</u> | <u>Activity</u> |
|---|---|
| 10:30 AM | SAs Chow and VanderPorten initiated surveillance in the vicinity of San Francisco City Hall. |
| 10:45 AM | SA Chow identified Raymond CHOW, also known as (aka) Ha Jai, aka Shrimp Boy, aka Ha Gor, aka Kwok Chow, date of birth (dob) 12/31/1959, in front of San Francisco City Hall. CHOW was standing next to a podium. CHOW had a shaved head with a mustache, and wore a dark suit and dark red tie. |

CHOW was amongst numerous other unidentified individuals that were gathered around the front steps of San Francisco City Hall. These unidentified individuals were protesting against San Francisco City Hall and Supervisor David CHIU. Numerous unidentified individuals held signs written in both English and Chinese. SA Chow observed one large banner sign containing the Chee Kung Tong symbol and stating the words "Where is the justice!!! We want justice for Raymond Chow and Ghee Kung Tong. Supervisor David Chiu did you start the rumor? Supervisor David Chiu you need to apologize."

SA Chow also identified Rudy CORPUS from UNITED PLAYAZ. CORPUS was standing in the crowd near CHOW.

SA Chow observed several unidentified Asian males across the street dressed in black. These unidentified Asian males appeared to be watching CORPUS and CHOW while they each gave speeches.

---

| | | | |
|---|---|---|---|
| Investigation on | <u>07/24/2009</u> | at | San Francisco, CA |

| | | | |
|---|---|---|---|
| File # | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮ | Date dictated   Not dictated |

by   SA Tseng H. Chow: the; SA David VanderPorten



This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**PROTECTED MATERIAL**      **US 607995**

Continuation of FD-302 of    <u>San Francisco, CA</u>                       , On <u>07/24/2009</u> , Page ___<u>2</u>___

11:20 AM   SA Chow identified Ping Yin CHIU, aka Benny Chiu, aka
           Bing Chiu, ██████████████, walking west from San
           Francisco City Hall.

11:30 AM   Surveillance was terminated.

        On 07/24/2009, SA Chow transferred the digital
photographs from the camera to a CD-R which was labeled as
██████████████ 07/24/2009 Original Fisur" and initialed by SA
Chow.  The transfer was completed by using a CD copying program
which burned the images from the camera memory card to the CD.
Using a CD copying program, SA Chow then created a backup of the
original CD-R which was labeled as "██████████████ 07/24/2009 Copy
1 of 1 Fisur."

        The original notes and the CD-R containing digital copies
of the photographs taken during the surveillance are enclosed in a
1A envelope and maintained in the 1A section of the file.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/31/2009

David CHIU, ████████████████████████████, President,
Board of Supervisors, District 3, business address City Hall, Room
264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California
(CA), was interviewed by Federal Bureau of Investigation (FBI)
Special Agents (SAs) Tseng Chow and Joe Yum in the San Francisco
office of the FBI. CHIU was accompanied by Jamie CANTWELL, ████
████████ Legislative Aid to CHIU. After being advised of the
identities of the interviewing agents and the nature of the
interview, CHIU voluntarily provided the following information:

CHIU became the President, Board of Supervisors for the
City of San Francisco in early 2009. Prior to being elected to the
Board of Supervisors, CHIU worked in the private sector and also
previously worked for the City of San Francisco Prosecutor's
Office. CHIU's Supervisor responsibilities includes attending
various community functions throughout the City of San Francisco.

CHIU had heard about Raymond CHOW, also known as (aka)
Shrimp Boy, aka Ha Jai, aka Kwok Cheung Chow, dob 12/31/1959, and
was familiar with CHOW's criminal past. CHIU knew that CHOW had a
presence in San Francisco Chinatown and that CHOW attended various
Chinatown events. In February 2009, around the time of Chinese New
Year 2009, CHIU attended a Chinese family association dinner event
that CHOW also attended. During this dinner event, CHIU noticed
that CHOW was attempting to be in a photograph with CHIU. CHIU did
not want to be in a photograph with CHOW, but CHOW was persistent.
CHIU went as far as placing someone in between CHIU and CHOW to
avoid being in a photograph with CHOW. Later that evening, an
unidentified Asian male (UAM), who appeared drunk, approximately 50
years old, 5'8"-5'10" in height, with a thin build, and spoke
English with a Chinese accent, approached CHIU. The UAM shook
CHIU's hand and grabbed onto CHIU's hand for approximately five (5)
minutes. CHIU felt uncomfortable and tried to remove his hand from
the UAM's hand, but the UAM refused to let go. The UAM told CHIU
that he used to run Chinatown. Then the UAM pointed to CHOW and
told CHIU that CHOW runs Chinatown and CHIU also runs Chinatown.
The UAM advised that they have to figure things out. CHIU believed
that after the UAM released CHIU's hand, the UAM may have went
towards CHOW's table. CHIU was under the impression that CHOW and
the UAM were associated.

Investigation on   07/29/2009   at San Francisco, California

File # ████████████████████        Date dictated  Not dictated

by   SA Tseng H. Chow: thc, SA Joe Yum ████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____Supervisor David Chiu_____ ,On 07/29/2009 , Page ___2___

        Several months ago, the City of San Francisco conducted an audit of the Chinatown Night Market held annually at Portsmouth Square in San Francisco. The Night Market was managed by Pius LEE for several years. The audit report concluded that LEE misused the $35,000 of City funds provided annually for the Night Market. Shortly after this audit report, LEE announced via a press release that he was stepping down as Manager of the Night Market. LEE also informed CHIU of his intentions to have someone else become the Manager of the Night Market. After LEE's announcement was made, the City officially opened the position for bidding and several community organizations applied. CHIU later heard a rumor that CHOW, CHOW's associates, and the CHEE KUNG TONG (CKT), aka GHEE KUNG TONG were attempting to take control of the Night Market. CHIU was informed by several community leaders which included Rose PAK, leader of the Chinese Chamber of Commerce, that CHOW and his associates may be intimidating others to not apply to run the Night Market. Subsequently, the community organizations that originally applied to manage the Night Market withdrew their bids.

        Approximately May or June of 2009, the City of San Francisco Mayor's Office had a meeting where several prominent Asian politicians including Bill LEE were present to discuss providing the Night Market to Pius LEE's successor or group. CHIU was shocked when he found out at this meeting that CHOW and his group were being considered to manage the Night Market by the Mayor's office. CHIU recalled that Bill LEE was supportive of CHOW and CHOW's group managing the Night Market. CHIU argued with Bill LEE against CHOW controlling the Night Market and believed that parts of this meeting were later leaked publicly to Matier and Ross of the San Francisco Chronicle. After the article was published by the San Francisco Chronicle, Mayor Gavin NEWSOM cancelled the Night Market contract with the CKT. Since the article was published, CHOW has been condemning CHIU.

        CHIU stated that approximately March 2009, his former Legislative Aid provided a City Proclamation to CHOW and the CKT without his knowledge. According to CHIU, several of these Proclamations are issued each month or week and CHIU does not directly oversee who they are issued to. CHIU was later quoted by Matier and Ross as saying "if his [CHIU's] office knew then what we know [now], we would not have made the proclamation." CHOW has since used this quote from the press to verbally attack CHIU.

        Since the Night Market was terminated, CHIU has been the target of CHOW's dissatisfaction as reported by the media. CHIU

FD-302a (Rev. 10-6-95)

stated that on at least half a dozen times, random people in the
Chinatown community have approached CHIU advising CHIU to be very
careful and that CHIU was in danger.  CHIU believed that merchants
and residents in Chinatown are scared of CHOW.  Several months ago
CHIU's parents who reside in Boston, Massachusetts received a
telephone call from an unidentified person who informed CHIU's
parents that their son may be in danger and that CHIU must be
careful.  The caller further stated that CHOW was a very dangerous
person.  CHIU's parents became worried and informed CHIU to be
careful.

         CHIU's office also received a legal demand letter from an
attorney representing the CKT, threatening legal action.  The
letter threatened to sue CHIU for libel and defamation.  The letter
also requested that CHIU retract all his statements against CHOW
and the CKT.  CHIU suspected that PIUS LEE was financially
responsible for the legal demand letter and that LEE may be
associated with CHOW.

         CHIU is concerned for his own safety due to CHOW's
irrationality.  CHIU is worried that CHOW may recruit one of his
underlings to physically harm CHIU.  CHIU acknowledged that San
Francisco Police Department (SFPD) was providing security
protection during some of his public appearances.

         CHIU questioned CHOW's claims of being a reformed person
since CHOW's behavior indicated otherwise.  CHOW has been
aggressively criticizing CHIU.  CHIU also knew that CHOW continues
to have criminal ties throughout the San Francisco Bay area.  CHIU
heard that some of CHOW's associates are extorting merchants in
Chinatown.  CHOW's associates are supposedly in possession of
business cards with a Triad symbol and number for "enforcer."

         Several weeks after the Night Market story was reported
by the media, CHIU's apartment received a frantic doorbell ring in
the early morning hours.  CHIU initially thought that the person
ringing the doorbell had the incorrect apartment and informed the
person to go away or CHIU would contact the police.  CHIU later
realized that it was actually the SFPD ringing CHIU's doorbell.
SFPD was responding to an earlier telephone call received at
Northern Station where an anonymous caller provided CHIU's home
address and advised SFPD that there was a disturbance in progress.
The SFPD responded to CHIU's residence and eventually spoke to
CHIU, but did not find any disturbances.  The anonymous caller
spoke Mandarin Chinese.  SFPD was unable to trace the telephone

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of _____Supervisor David Chiu_____ , On 07/29/2009 , Page __4__

     call. CHIU thought that this could be a total coincidence or possibly one of CHOW's associates calling SFPD to figure out the SFPD response time to CHIU's residence.

     CHIU speculated that CHOW may have been involved with the Allen LEUNG murder. CHIU knew that when LEUNG was killed none of the witnesses including LEUNG's wife came forward to cooperate with law enforcement.

     The interview notes taken during this interview are enclosed in the 1A section of the file.

US 608000

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/14/2009

     David CHIU, date of birth (dob) 04/02/1970, President,
Board of Supervisors, District 3, business address City Hall, Room
264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California
(CA), telephone number (415) 554-7450, was interviewed by Federal
Bureau of Investigation (FBI) Special Agents (SAs) Tseng Chow and
Joe Yum in the San Francisco office of the FBI.  CHIU was
accompanied by Jamie CANTWELL, [redacted] Legislative Aid to
CHIU.  After being advised of the identities of the interviewing
agents and the nature of the interview, CHIU voluntarily provided
the following information:

     CHIU was advised by various San Francisco Chinatown
leaders not to meet with Raymond CHOW, also known as (aka) Shrimp
Boy, aka Ha Jai, aka Kwok Cheung Chow, dob 12/31/1959, alone.
Various CHIU supporters are advising CHIU to stay away from certain
community events.  CHIU continued to receive messages from
unidentified persons warning CHIU to be careful of CHOW.  CHIU has
no interest in meeting with CHOW.  CHIU believed that in the next
few months, CHIU will likely come into contact with CHOW at a
community event.  CHOW may want to shake CHIU's hand during this
meeting and CHOW may threaten CHIU at this event.  CHIU has nothing
to say to CHOW unless CHOW stops sending letters and threats.  CHIU
expects that the meeting with CHOW will be confrontational.

     CHIU received a legal letter from Breall & Breall, LLP,
Attorneys at Law, 1255 Post Street, Suite 800, San Francisco, CA
dated July 6, 2009, who purportedly were representing the CHEE KUNG
TONG (CKT), aka GHEE KUNG TONG.  The legal letter demanded that
CHIU make the necessary clarification, correction, and apology for
CHIU's past statements so that further legal action would be
unnecessary.  CHIU believed that the CKT never authorized this
letter and that CHOW may have been behind this legal letter.  Since
CHIU's office did not responded to the legal letter, CHOW and the
CKT held a protest at San Francisco City Hall.

     CHIU provided copies of the legal letter from Breall &
Breall, LLP, dated July 6, 2009, and a letter written in Chinese
purportedly from CHOW and the CKT addressed to CHIU and his office.

     CHIU was shown six (6) group photographs from various
Chinatown events that CHOW attended.  In photograph marked "1",

---

Investigation on    08/10/2009    at San Francisco, California

File # [redacted]                                     Date dictated    Not dictated

by    SA Tseng H. Chow: (THC) thc, SA Joe Yum [redacted]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

**PROTECTED MATERIAL**                                                    **US 608001**

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of ___Supervisor David Chiu_____ , On _07/29/2009_ . Page ___2___

      CHIU was unable to identify anyone. In photograph marked "2", CHIU was unable to identify anyone. In photograph marked "3", CHIU identified Arnold LEE as the former leader of the CHINESE SIX COMPANIES. In photograph marked "4", CHIU identified Bill WONG and Harrison LIM. In photograph marked "5", CHIU was unable to identify anyone. In photograph marked "6", CHIU was unable to identify anyone.

      The legal letter, Chinese letter, photographs shown to CHIU, and the interview notes taken during this interview are enclosed in the 1A section of the file.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  08/17/2009

On 08/16/2009 at approximately 6:36 PM, David CHIU, ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, President, Board of Supervisors,
District 3, business address City Hall, Room 264, 1 Dr. Carlton B.
Goodlett Place, San Francisco, California (CA), telephone number
(415) 554-7450, was provided with a recording device for the
purpose of conducting a consensually monitored recording with
Raymond CHOW, als▇ ▇▇▇ a▇ (a▇▇ S▇▇▇▇ B▇▇ a▇ Ha▇ Jai, aka Kw▇▇
Ch▇▇, ▇▇ ▇▇ ▇ 1▇▇▇▇▇. On 08/16/2009 at approximately 8:24
PM, the recording device was recovered from CHIU. The recording
device was submitted to ELSUR on 08/17/2009.

CHIU was subsequently interviewed by Federal Bureau of
Investigation (FBI) Special Agents (SAs) Tseng Chow and Joe Yum in
the San Francisco office of the FBI. CHIU was also accompanied by
San Francisco Police Department Inspector Jameson Pon. After being
advised of the identities of the interviewing agents and the nature
of the interview, CHIU voluntarily provided the following
information:

CHIU attended the 130th anniversary GEE TUCK SAM TUCK
ASSOCIATION dinner banquet on 08/16/2009 which was held at EMPRESS
OF CHINA restaurant located on 838 Grant Avenue, San Francisco, CA.
CHOW was also present during this dinner. During the dinner, CHOW
approached CHIU and shook CHIU's hand. Subsequently, CHIU agreed
to speak to CHOW after CHIU finished his speech. CHIU and CHOW
proceeded to walk toward the rear of the restaurant to talk.

CHIU wanted to know why CHOW was threatening CHIU with
letters and statements. CHIU confronted CHOW about a letter that
was written in Chinese and purportedly from the CHEE KUNG TONG
(CKT) or CHOW himself. The letter stated that CHIU was a corpse
eating a vegetarian dinner. CHIU told CHOW that he felt threatened
by such statements. CHOW denied knowing anything about a threat
towards CHIU and denied writing any threatening letters. CHIU also
confronted CHOW about a legal letter addressed to CHIU demanding
that CHIU retract all negative statements made against the CKT and
CHOW. CHIU reported that CHOW was trying to keep his anger in
check. CHIU stated that CHOW wanted to go downstairs to talk
privately, but CHIU refused.

---

| Investigation on | 08/16/2009 | at | San Francisco, California |
| --- | --- | --- | --- |

| File # | | Date dictated | Not dictated |
| --- | --- | --- | --- |

by  SA Tseng H. Chow: thc, SA Joe Yum ▇▇▇▇▇▇

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

**PROTECTED MATERIAL**

**US 608003**

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___Supervisor David Chiu___ , On 08/16/2009 , Page ___2___

       CHOW wanted to know how they both could make things better.  CHIU wanted CHOW to retract the negative statements that were directed towards CHIU.  CHOW responded where would it leave CHOW with his CKT members if CHOW retracted his statements about CHIU.  CHOW will discuss the situation with some of his members and CHOW will contact someone at CHIU's office to discuss further.

       A copy of the recordings are enclosed in Form FD-340 and are maintained in the 1A section of this file.

       The interview notes taken during this interview are enclosed in Form FD-340 and are maintained in the 1A section of this file.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    09/10/2009

On 09/09/2009, at approximately 4:30 PM, Federal Bureau of Investigation Confidential Human Source ███████ telephonically contacted RAYMOND CHOW, also known as (aka) Ha Jai, telephone number (415) 286-8388, in the presence of FBI SAs Tseng Chow and Joe Yum. This conversation was on speaker so that SAs Chow and Yum could hear both parties in the telephone conversation. SAs Chow and Yum recognized the voice of the individual whom the CHS was speaking with as CHOW. This telephone call was not consensually recorded.

During this conversation, CHOW mentioned that he was currently at his Hyde Street house located in San Francisco, California. The CHS informed CHOW that they should plan on having dinner together soon. The restaurant name was not mentioned during the conversation. The CHS advised that TONY MEI, and AH YUENG (phonetic) will also be present during this dinner.

The CHS will be bringing a red envelope containing approximately $200-$300 for CHOW. The CHS advised that CHOW stated that this money was going to be used to support the victims of the recent Taiwan typhoon.

The entire telephone conversation between the CHS and CHOW was in the Cantonese dialect of the Chinese language.

---

Investigation on    09/10/2009    at  San Francisco, California

File # ███████                                    Date dictated  Not dictated

by    SA Tseng H. Chow: thc (THC)        ███████
      SA Joe Yum

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US 608005

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    09/14/2009

       On 09/11/2009, at approximately 6:33 PM, Federal Bureau
of Investigation Confidential Human Source (CHS), ▬▬▬▬▬ was
provided with a recording device for the purposes of conducting
consensually monitored recordings with Raymond CHOW, also known as
(aka) Shrimp Boy, aka Ha Jai, date of birth (dob) ▬▬▬▬▬; Tony
MEI, ▬▬▬▬▬▬▬ Ah Yueng (phonetic); and others yet unknown.

       On 09/11/2009 at approximately 9:24 PM the recording
device was recovered from CHS.

       The consensually monitored recording described herein was
submitted to ELSUR on 09/14/2009.

       A copy of the recording will be placed in a 1A/FD-340
envelope and maintained in the substantive file.

       A copy of the recording was also submitted to the Foreign
Language Program, San Francisco Division for translation and will
be serialized upon completion of translation.

| | | |
|---|---|---|
| Investigation on | 09/11/2009    at   Daly City, California | |
| File # ▬▬▬▬▬ | | Date dictated   Not dictated |
| by   SA Tseng H./Chow: thc (TH)    SA Joe Yum | ▬▬▬▬▬ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

US 608006

FD-302 (Rev. 10-6-95)

-1-

### FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/03/2009

David CHIU, ████████████████████, President,
Board of Supervisors, District 3, business address City Hall, Room
264, 1 Dr. Carlton B. Goodlett Place, San Francisco, California
(CA), telephone number (415) 554-7450, was interviewed by Federal
Bureau of Investigation (FBI) Special Agents (SAs) Tseng Chow and
Joe Yum in the San Francisco office of the FBI.  After being
advised of the identities of the interviewing agents and the nature
of the interview, CHIU voluntarily provided the following
information:

        CHIU reported that there were a few unidentified
individuals who were interested in revitalizing the GREAT STAR
THEATER to be utilized as a community center.  CHIU found out that
Beverly DONG, a known associate of Raymond CHOW, was a consultant
to the unidentified individuals for the GREAT STAR THEATER project.
During a rave party at the GREAT STAR THEATER, people were selling
ecstasy.  CHOW is seeking zoning center changes for the GREAT STAR
THEATER.  The GREAT STAR THEATER is looking to become an
entertainment establishment.  Julie LEE was the former owner of the
GREAT STAR THEATER.  LEE was found guilty of funneling money to
Kevin SHELLEY.

        The interview notes taken during this interview are
enclosed in the 1A section of the file.

Investigation on   09/14/2009   at  San Francisco, California

File # ████████████████    Date dictated  Not dictated

by   SA Tseng H. Chow: thc, SA Joe Yum ████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

US 608007

FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    09/28/2009

      On September 16, 2009 summary translations from the
Cantonese dialect of Chinese to English were received regarding
consensually monitored recordings between FBI Confidential Human
Source (CHS) ▮▮▮▮▮▮▮ and Raymond Kwok CHOW, date of birth
▮▮▮▮▮▮▮▮▮▮, Tony MEI, and others unknown.

      The recordings were dated September 11, 2009.

      The summary translations were attached and made part of
this communication.

---

Investigation on    09/16/2009    at  San Francisco, California

File #

Date dictated  Not dictated

by    SA Tseng H. Chow: tho (ng)

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

US 608008

SA Joe Yum with SA Tseng Chow 9/11/2009 approx. 6:29 PM,
CHS attempt consensual recording with Raymond Chow, Tony
Mei, Ah Yeung [ph] and others yet unknown.

CHS to UM, they haven't seen each other for over 10 years.
UMs complained about not able to become [US] citizens
because they all have criminal records. One UM had been
convicted of using a firearm during the commission of a
crime. UM's philosophy is that the key to avoid detection
is to remain low key. Brief chat about [grow houses] in
the Sunset District. CHS complains of money troubles; he
has to pay attorney fees in monthly installments.

[18:58] Raymond Chow arrives. RC says Immigration has a
tight leash on him.
RC:  On Tuesday, I go to City Hall and give them hell.
UM1: Give them hell.
RC:  And so they, maybe it's because of this issue…
UM1: Soda pop?
RC:  Fine, fine. So maybe it's because of this issue, so…
UM1: I think it shouldn't be.
RC:  They…all of a sudden, they cancelled me again. Because
     I was planning to go to LA next week. So here, I
     already have two [shares? Not specified] submitted.
     And I already have $50,000 in the account and starting
     Monday, the transfer of money into the account can
     begin. And I planned to fly to LA on the 25th. And the
     producer, writers…several writers are waiting for me.
     So once I get there…

RC estimates that he can find a writer to write for him for
$50,000. And following that, editing is about $450–$100 per
page. RC talks about his movie and book deal. He has an
offer to sign a contract to buy the rights to his story for
$3 million. RC doesn't sign because he wants control on
production.

RC says that community leaders from Sacramento came down to
ask RC to give lectures on the evils for alcohol and drugs.
Such lectures paid $200 per talk.

[19:36] Moon Festival is on 10/3, CHS comments that for the
Moon Festival, RC needs to give out a box of moon cake to
each of his followers. RC says he has no money to buy so
many moon cakes for the brothers.

RC:  Our brothers are many.

US 608009

UM1: How many?

RC: That is to say, there are many brothers outside.

UM2: It really is something else, he arbitrarily blows the whistle, and hundred some people gathered at City Hall.

UM3: Well, he didn't just arbitrarily blows his whistle; he had been blowing it for some several tens of nights before he got…

CHS: Perhaps he had to pay money, too, right? [Chuckles]

RC: Now, truthfully speaking, now, on these, now…

CHS: When other people protest, money has to be paid. $40, am I right? It is necessary for those who hold the signs, those in Downtown.

CHS: On such things, that's why I say, that is to say, the brothers are truly… That is to say, regardless of their ages and various other aspects, realistically, they come out, taking money out of their own pockets, okay? Everyone of them was able to stand up in front of the cops. You… that is you…

UM1: How many do you have?

RC: Realistically, you…you…you ask the brothers to come out, fire a couple of shots, staking you out around the corner, staking you out to give you a beating, that's really easy. That type of brothers is all over the place. However, if you can… that is to say, this group of brothers, you can see their devotion, that they are able to face [challenges]. That is, for the sake of Ah Gung's [the organization] reputations, they can… Uh, motherfucker, when it's in the right, we will do it. So, that's a big fucking difference. That is to say, you know, even if, that is to say, as you can see, it's just like how we were in the past… This is your glass?

UM2: [UI]? Yes.

RC: That is to say, a matter that is unfair, for example, some brothers falls down, there are other brothers who would come out and lend a helping hand. It's tangible, you can see it, there is a sense there.

Everyone joins in for a toast.

RC: No, that sense is quite a good feeling. It's true. Whether they are young kids or adults, just watching them come out holding signs. It's not like asking the brothers to do murder and mayhem, it's really…

UM2: It's fish sauce.

[Conversation turned to food.]

**PROTECTED MATERIAL**



Hong Kong] then moves on to various other groups.  RC gives
a lesson on the conducts of being a member of the Hung Mun
organization. Everything one does, one does it for the good
of "Ah Gung" [the organization]. Actions are not limited to
fighting only; for example, "Just like this time, when you
guys helped to hold up signs [protest at City Hall], you
are doing it for "Ah Gung." You are fighting for "Ah
Gung's" honor." RC says Sam [PH] mentioned to RC about
wanting to set up a branch organization [Chee Gung Tong?]
in Oakland.

CHS is not feeling well and he went to the bathroom [20:17-
20:28]. CHS returned and asked who paid the bill; he was
told Ah Yong [ph, Ah Yeung?] CHS thanks UM and says they've
know each since around '96, '97.

Discussion on RC's movie deal. RC claims he's holding up
the movie deal insisting that his book has to be first
published and that the movie script has to be based on his
book.  RC is currently having a writer work on his book. RC
will be meeting with three writers, a director, a producer,
and a very large production company. RC claims that
producers have already come up from LA to meet with him
once before and they asked what RC has been doing. RC told
them that he has been doing voluntary work helping to raise
funds for China and Taiwan. RC plans to go to the consulate
the coming Monday and present donations to the consul. RC
will also present to them a container full of medicine and
medical supplies/equipments. RC wants free shipping to
transport the container to China.

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/15/2009

       On 10/13/2009, at approximately 2:39 PM, Federal Bureau of Investigation Confidential Human Source (CHS),　　　　　　　was provided with a recording device for the purposes of conducting consensually monitored recordings with Raymond CHOW, also known as (aka) Shrimp Boy, aka Ha Jai, date of birth (dob)　　　　　and others yet unknown.

       On 10/13/2009, at approximately 4:28 PM the recording device was recovered from CHS.

       The consensually monitored recording described herein was submitted to ELSUR on 10/13/2009.

       A copy of the recording will be placed in a 1A/FD-340 and maintained in the substantive file.

       A copy of the recording was also submitted to the Foreign Language Program, San Francisco Division for translation and will be serialized upon completion of translation.

Investigation on    10/13/2009    at  San Francisco, CA

File #

Date dictated  N/A

SA Emmanuel V. Pascua: evp
by    SA Tseng H. Chow

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US 608012

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/23/2009

On October 21, 2009 summary translations from the
Cantonese dialect of Chinese to English were received regarding
consensually monitored recordings between FBI Confidential Human
Source (CHS)              and Raymond Kwok CHOW, date of birth
            Tony MEI, and others unknown.

The recordings were dated October 13, 2009.

The summary translations were attached and made part of
this communication.

---

Investigation on    10/13/2009    at San Francisco, California

File #                                   Date dictated  Not dictated

by    SA Tseng H. Chow: tho

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

US 608013