MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    FAX: (415) 436-6753
    william.frentzen@usdoj.gov
    susan.badger@usdoj.gov
    waqar.hasib@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-0196 CRB |
| | ) |
| | ) UNITED STATES' *EX PARTE* MOTION FOR |
| | ) TEMPORARY SEALING ORDER AND |
| v. | ) [PROPOSED] ORDER |
| | ) |
| KWOK CHEUNG CHOW, et. al. | ) |
|     Defendants. | ) SAN FRANCISCO VENUE |
| | ) |
| | ) |

On August 4, 2015, defendant Chow filed a Motion to Dismiss for Selective Prosecution and for Information on Charging Decision (Doc. 883). Defendant Chow also filed certain Exhibits in support of his motion (Docs. 884-886). Although the government has not had sufficient time to review the entirety of the filings, initial review reveals that defendant Chow includes in his motion and exhibits (1) information disclosed by the government in discovery that is subject to the Court's protective order (Doc. 302), and (2) passages from documents that are filed under seal with this Court. Such items include excerpts from wiretap affidavits that disclose wiretap intercepts, FBI reports of interviews, and

1 information about individuals who have not been charged with a crime.

2 To the government's knowledge, Chow did not receive leave from the Court to disclose matters under seal or subject to the Court's protective order.  In fact, in the case of the wiretap excerpts -- all of which are presently under seal -- this Court is currently engaged in the process of soliciting input from interested parties about redactions and determining which, if any, materials should be unsealed.  A considerable amount of the discussion by the parties in that regard has related to preserving the privacy of third parties and the integrity of ongoing government investigations.

Along similar lines, it appears that Chow has attached to his motion numerous investigative reports that have been specifically stamped by the government as "Protected Material"; Chow has simply redacted – or partially redacted -- that stamp.

The government moves this Court to enter an order requiring the Clerk of the Court to place Documents 883 through 886 under seal until the filings can be examined and a determination can be made by the Court about whether the filings should or should not remain under seal.

Dated: August 4, 2015                                    MELINDA HAAG
                                                         United States Attorney

                                   By:      _____/s/_____
                                            WILLIAM FRENTZEN
                                            SUSAN BADGER
                                            S. WAQAR HASIB
                                            Assistant United States Attorneys

[PROPOSED] ORDER

Upon consideration of the United States' *Ex Parte* Motion for Temporary Sealing Order and for good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall place Defendant Chow's Motion to Dismiss for Selective Prosecution and for Information on Charging Decision (Doc. 883) and Defendant Chow's Exhibits in support of his motion (Docs. 884-886) under seal and maintain the documents under seal until further Order of this Court.

Dated: August ____. 2015

_____
HON. CHARLES R. BREYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA