IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KWOK CHEUNG CHOW, a/k/a "Raymond Chow," a/k/a "Hai Jai," a/k/a "Shrimpboy," et al.<br><br>    Defendants.                         / | No. CR 14-00196 CRB<br><br>**ORDER DIRECTING FILING** |

    The Court has received the government's <u>Ex Parte</u> Motion for Temporary Sealing Order, which asks the Court to place Documents 883 through 886 (Defendant Raymond Chow's Motion to Dismiss for Selective Prosecution and the accompanying Exhibits to that Motion) under seal until the Court can examine the filings and determine whether they should or should not remain under seal. <u>See</u> Mot. (dkt. 887) at 2. The Court requires further information in order to rule on the government's Motion, and therefore DIRECTS the Government to specify how the materials contained in the Motion to Dismiss and the accompanying Exhibits violate Paragraph 15 of the Protective Order, which provides:

    This Protective Order does not limit or modify the parties' rights to use the SUBJECT MATERIALS in judicial proceedings in this action, including any trial or pretrial materials before the Court, using appropriate procedures to


**United States District Court**
For the Northern District of California

1   protect the safety and security of third parties when necessary.  Any SUBJECT

2   MATERIALS that reveal the images or the true identities of any federal

3   undercover agents or confidential human sources shall be filed under seal.

Protective Order (dkt. 302) ¶ 15.  The Court further DIRECTS the government to address the application of 18 U.S.C. § 2518(8)(b) to this matter.  That section provides that wiretap "applications and orders shall be disclosed only upon a showing of good cause before a judge of competent jurisdiction."  18 U.S.C. § 2518(8)(b).

**IT IS SO ORDERED.**

Dated: August 5, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE