JAMES A. LASSART (SBN 40913)
NICHOLAS C. LARSON (SBN 275870)
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108
Telephone:	(415) 788-1900
Facsimile:	(415) 393-8087
Email:	JLassart@mpbf.com
	NLarson@mpbf.com

Attorneys for Defendant
LELAND YEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LELAND YEE,<br>KEITH JACKSON,<br>BRANDON JAMELLE JACKSON, and<br>MARLON SULLIVAN,<br><br>Defendants. | Case No.  CR 14-00196-CRB<br><br>**STIPULATION REQUESTING CONTINUANCE OF OCTOBER 21, 2015 SENTENCING HEARING; AND ORDER THEREON** |

## STIPULATION

**WHEREAS,** defendants Leland Yee, Keith Jackson, Brandon Jamelle Jackson and Marlon Sullivan, and the United States, request that the Court continue the sentencing hearing presently scheduled for October 21, 2015 to December 16, 2015 at 10:00 a.m.

**WHEREAS,** counsel for defendant Leland Yee has confirmed with this Court's Deputy Clerk that the Court is currently available for a hearing on December 16, 2015.

**WHEREAS,** counsel for defendants Leland Yee, Keith Jackson, Brandon Jamelle Jackson and Marlon Sullivan have conferred with their respective Probation Officers, and each of the Probation Officers are currently available for a hearing on December 16, 2015.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for defendants Leland Yee, Keith Jackson, Brandon Jamelle Jackson, and Marlon Sullivan, that subject to the Court's approval, the sentencing hearing presently set for October 15, 2015, be continued and set for hearing on December 16, 2015 at 10:00 a.m.

Dated: September 8, 2015

        MELINDA HAAG
        United States Attorney

        By /s/ SUSAN E. BADGER
        William Frentzen
        Susan E. Badger
        S. Waqar Hasib
        Assistant United States Attorneys

Dated: September 8, 2015

        MURPHY, PEARSON, BRADLEY & FEENEY

        By /s/ JAMES A. LASSART
        James A. Lassart
        Nicholas C. Larson
        Attorneys for Defendant LELAND YEE

Dated: September 8, 2015

        MORRISON & FOERSTER LLP

        By /s/ S. RAJ CHATTERJEE
        James J. Brosnahan
        S. Raj Chatterjee
        Attorneys for Defendant KEITH JACKSON

Dated: September 8, 2015

        LAW OFFICE OF TONY TAMBURELLO

        By /s/ TONY TAMBURELLO
        Tony Tamburello
        Attorneys for Defendant BRANDON JACKSON

Dated: September 8, 2015

        By /s/ RANDOLPH E. DAAR
        Randolph E. Daar
        Attorneys for Defendant MARLON SULLIVAN

## **ORDER**

Upon the stipulation of the United States and defendants Leland Yee, Keith Jackson, Brandon Jamelle Jackson and Marlon Sullivan, **IT IS HEREBY ORDERED** that the sentencing hearing presently set for October 21, 2015, be continued to December 16, 2015 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: Sept. 4, 2015

HON. CHARLES R. BREYER
Senior United States District Judge