JAI M. GOHEL, CA SBN 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
Email: jaigohel@rocketmail.com

Attorney for Defendant
JANE MIAO XHEN LIANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  vs.<br><br>JANG MIAO XHEN LIANG,<br>TINA YAO GUI LIANG, BRIAN TILTON,<br>et. al.,<br><br>        Defendants. | Case No.: CR 14-0169 CRB<br><br>**NON-JOINDER OF DEFENDANTS JANE LIANG, TINA LIANG AND BRIAN TILTON IN DEFENDANT'S MOTIONS TO SEVER DURING FIRST TRIAL GROUP**<br><br>Date: September 9, 2015<br>Time: 9:30 a.m.<br>Court: Hon. Charles R. Breyer |

      Defendants JANE MIAO XHEN LIANG and TINA YAO GUI LIANG, and BRIAN TILTON hereby file a Non-Joinder in Motions to Sever Defendants in the first trial group set for hearing at the above date and time.

      Defendants JANE MIAO XHEN LIANG, TINA YAO GUI LIANG and BRIAN TILTON are not set for trial in the first trial group and thus, without waiving their rights to move for severance of defendants or counts, hereby DO NOT JOIN in this motion and thus request that their appearances be waived at the hearing of this matter. The subsequent trial groups have not

been determined, and thus the pending Motions to Sever do not pertain to them and thus any motions for severance at trial are not yet ripe.

DATED:  September 8, 2015

     ___/s/ Jai M. Gohel_____
JAI  M. GOHEL
Attorney for Defendant
JANE MIAO XHEN LIANG


     ___/s/ Michael Stepanian_____
MICHAEL STEPANIAN
Attorney for Defendant
TINA YAO GUI  LIANG


     ___/s/ Harris Taback_____
HARRIS TABACK
Attorney for Defendant
BRIAN TILTON

**NON-JOINDER IN MOTIONS TO SEVER IN FIRST TRIAL GROUP**

-3-