BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
SUSAN E. BADGER (CABN 124365)
S. WAQAR HASIB (CABN 234818)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    William.frentzen@usdoj.gov
    Susan.badger@usdoj.gov
    Waqar.hasib@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 14 0196 CRB |
| v. | UNITED STATES' MOTION TO SEAL MOTION FOR MISCELLANEOUS RELIEF AND ORDER |
| KWOK CHEUNG CHOW, et al. | |
| Defendants. | |

The United States of America, by and through Assistant United States Attorneys William Frentzen, Susan E. Badger, and S. Waqar Hasib, respectfully submits this motion requesting that the Court order that the United States' Motion for Miscellaneous Relief and any resulting order be filed under seal.

\\

1  As grounds for this motion, the United States states that the content of the United States' Motion for
2  Miscellaneous Relief contains material that is governed by a protective order, including sensitive
3  information about particular witnesses.

4  WHEREFORE, the United States respectfully requests that the Court order that the United States'
5  Motion for Miscellaneous Relief and any resulting order be sealed until further order of the Court for the
6  reasons set forth herein.

8  DATED: September 15, 2015                Respectfully submitted,

9                                           BRIAN J. STRETCH
                                             Acting United States Attorney

11                                                  /s/
                                             WILLIAM FRENTZEN
                                             SUSAN E. BADGER
12                                           S. WAQAR HASIB
                                             Assistant United States Attorneys

15                                          ORDER

16  Upon the motion of the United States, and good cause appearing, IT IS HEREBY ORDERED
17  THAT the United States' Motion for Miscellaneous Relief in the above-captioned case be filed under
18  seal until further notice from this Court.
19  IT IS SO ORDERED.

20
    DATED:  September 14, 2015
21                                           _____
                                             HONORABLE CHARLES R. BREYER
22                                           United States District Court Judge

USA MOTION TO SEAL AND [PROPOSED] ORDER
CR 14-0196 CRB                                    2