UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 14-CR-00196-CRB-001 |
| Plaintiff, | ORDER GRANTING *EX PARTE* MOTION TO RELIEVE CO-COUNSEL GREG M. BENTLEY, AND GRANTING REQUEST FOR SUBSTITUTION IN OF ATTORNEY TYLER R. SMITH |
| v. | |
| KWOK CHEUNG CHOW, aka RAYMOND CHOW, | |
| Defendant | Hon. Charles R. Breyer |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT:

Greg M. Bentley is relieved as co-counsel on the above captioned matter and Tyler R. Smith is attorney of record in his place effective immediately.

**IT IS SO ORDERED**.

Date: October 5, 2015

HON. CHARLES R. BREYER
United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331