In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

## CRIMINAL MINUTES

**Date:** October 15, 2015  **Time:** 33 minutes

**Court Reporter:** Joann Bryce

**Case No. and Name:** CR-14-0196-01CRB    USA v  Kwok Cheung Chow (present)

**Attorneys:  (P)** William Frentzen, Susan Badger, Waqar Hasib    **(D)** Curtis Briggs, Tyler Smith

**Cantonese Interpreters:** Mary Lin, Kasie Cheung

**Deputy Clerk:** Barbara Espinoza

### PROCEEDINGS:

G's motion to continue jury selection and jury trial  doc #1065

### SUMMARY:

Under Rule 14 of the Federal Criminal Procedure, relief is entirely in the discretion of the court to grant a severance of counts in the event that it appears defendant will be prejudice by the inclusion of any particular count.

It is the finding of this Court that the defendant's rights to speedy trial as well as to counsel of his choice would be severely impacted by a continuance of the case.  Accordingly the government's request for a continuance is denied.  In the event that the grand jury comes down with an indictment which contains a capital charge, the Court will sever that charge from the indictment and proceed on charges which are none capital charges.

Government's motion for continuance is denied.

**(X)** The defendant is remanded to the custody of the United States Marshal.