In the United States District Court

For the Northern District of California

District Judge CHARLES R. BREYER

## CRIMINAL MINUTES

**Date:** November 9, 2015                                         **Time:** 6.5 hours

                                                                                   **Court Reporter:** Lydia Zinn, Joann Bryce

**Case No. and Name:** CR-14-0196CRB    USA v  Kwok Cheung Chow

**Attorneys:  (P)** Waqar Hasib, William Frentzen, Susan Badger **(D)** Tony Serra, Curtis Briggs, Tyler Smith

**Cantonese Interpreter:** Edward Chu, Bannie Chow

**Deputy Clerk:** Barbara Espinoza

**Trial Began  November 9, 2015**                          **Trial Ended** _____

**PROCEEDINGS:**

Fourteen (14) prospective jurors return from 11/2/2015. Juror #s 58, and 66 excused for cause. Peremptory challenges take place, Juror #s 59, 62, 65, 67, 70 and 71 excused and four (4) alternate jurors seated.  Twelve + six alternates are sworn and seated, all others are excused.

Opening statements take place.

**Witness:** Rodney Lee, William Wu

**Exhibits admitted:** 01-296, 01-009, 01-084, 01-107, 01-008, 01-064, 01-089, 01-094, 01-104, 01-105, 01-010, 01-118, 01-258, 01-134, 02-002 thru 02-015

Government and Defendant produce a curative instruction.  Government is to file their response to the d's motion to preclude Chanthavong and Li's testimony, testimony to come in subject to motion to strike.

**Trial continued to November 10, 2015 at 9:00 a.m.**

**(X)** The defendant is remanded to the custody of the United States Marshal.