RANDOLPH E. DAAR SBN 88195
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
MARLON SULLIVAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON SULLIVAN<br>LELAND YEE<br>BRANDON JAMELLE JACKSON and<br>KEITH JACKSON,<br><br>Defendants.<br>_____/ | 14-CR-00196-CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE FEBRUARY 10, 2016 SENTENCING HEARING |

**WHEREAS**, defendant Brandon Jamelle Jackson's attorney, Tony Tamburello, is presently in jury trial in San Francisco set to conclude at the end of January and needs additional time to respond to the Presentence Report.

**WHEREAS**, defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson; and the United States, request that the Court continue the sentencing hearing presently scheduled for February 10, 2016, to February 24, 2016.

**WHEREAS**, counsel for defendant Marlon Sullivan has been informed that the Court is currently available for a hearing on February 24, 2016.

**WHEREAS**, counsel for defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson have conferred with their respective Probation Officers, and each of the Probation Officers are currently available for a hearing on February 24, 2016.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for defendants Marlon Sullivan, Leland Yee, Brandon Jamelle Jackson, and Keith Jackson that, subject to the Court's approval, the sentencing hearing presently set for February 10, 2016, be continued and set for hearing on February 24, 2016.

Dated: January 19, 2016         MELINDA HAAG
                                United States Attorney

                          By    /s/ SUSAN E. BADGER
                                William Frentzen
                                Susan E. Badger
                                S. Waqar Hasib
                                Assistant United States Attorneys

Dated: January 19, 2016         MURPHY, PEARSON, BRADLEY, & FEENEY

                          By    /s/ JAMES A. LASSART
                                James A. Lassart
                                Nicholas C. Larson
                                Attorneys for Defendant
                                LELAND YEE

Dated: January 19, 2016         MORRISON & FOERSTER LLP

                          By    /s/ S. RAJ CHATTERJEE
                                James J. Brosnahan
                                S. Raj Chatterjee
                                Attorneys for Defendant
                                KEITH JACKSON

Dated: January 19, 2016         LAW OFFICE OF TONY TAMBURELLO

                          By    /S/ TONY TAMBURELLO
                                Tony Tamburello
                                Attorney for defendant
                                BRANDON JAMELLE JACKSON

Dated: January 19, 2016         LAW OFFICE OF RANDOLPH E. DAAR

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

By    /S/ RANDOLPH E. DAAR
Randolph E. Daar
Attorney for Defendant MARLON SULLIVAN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331