UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KWOK CHEUNG CHOW, AKA Raymond Chow, AKA Shrimp Boy, AKA Ha Jai,

Defendant - Appellant.

No. 24-4225

D.C. Nos.
3:20-cv-09342-CRB
3:14-cr-00196-CRB-1

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered May 26, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT